B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>**Northern District of Illinois** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**WOLSKI, MARK K.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**WOLSKI, SANDI D.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**AKA Mark Wolski; FDBA Sam's Carpet Service; FDBA Rosar Builders & Consultants, Inc.; FDBA Sam's Carpet Service, Inc.** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**See Attachment** |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8889** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0140** |
| Street Address of Debtor (No. and Street, City, and State):<br>**609 N. Vista Avenue**<br>**Lombard, IL**<br>ZIP Code **60148** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**609 N. Vista Avenue**<br>**Lombard, IL**<br>ZIP Code **60148** |
| County of Residence or of the Principal Place of Business:<br>**DuPage** | County of Residence or of the Principal Place of Business:<br>**DuPage** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box) | Nature of Business<br>(Check one box) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ■ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☐ Other | ■ Chapter 7          ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 9                of a Foreign Main Proceeding<br>☐ Chapter 11<br>☐ Chapter 12       ☐ Chapter 15 Petition for Recognition<br>☐ Chapter 13             of a Foreign Nonmain Proceeding |
| | **Tax-Exempt Entity**<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | **Nature of Debts**<br>(Check one box)<br>■ Debts are primarily consumer debts,        ☐ Debts are primarily<br>defined in 11 U.S.C. § 101(8) as               business debts.<br>"incurred by an individual primarily for<br>a personal, family, or household purpose." |

| Filing Fee (Check one box) | Chapter 11 Debtors |
|---|---|
| ■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)                                                                                        Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**WOLSKI, MARK K.**<br>**WOLSKI, SANDI D.** |
|---|---|

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X** /s/ Gregory D. Bruno                **August 31, 2011**<br>Signature of Attorney for Debtor(s)             (Date)<br>**Gregory D. Bruno** |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                   Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **WOLSKI, MARK K.**<br>**WOLSKI, SANDI D.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ MARK K. WOLSKI**
Signature of Debtor  **MARK K. WOLSKI**

X  **/s/ SANDI D. WOLSKI**
Signature of Joint Debtor **SANDI D. WOLSKI**

Telephone Number (If not represented by attorney)

**August 31, 2011**
Date

### Signature of Attorney*

X  **/s/ Gregory D. Bruno**
Signature of Attorney for Debtor(s)

**Gregory D. Bruno**
Printed Name of Attorney for Debtor(s)

**Law Offices of Gregory D. Bruno**
Firm Name
**1807 N. Broadway**
**Melrose Park, IL 60160**

Address

**(708) 343-4544  Fax: (708) 343-4670**
Telephone Number

**August 31, 2011**
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
Signature of Authorized Individual

Printed Name of Authorized Individual

Title of Authorized Individual

Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
Signature of Foreign Representative

Printed Name of Foreign Representative

Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

Printed Name and title, if any, of Bankruptcy Petition Preparer

Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

Address

X
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **MARK K. WOLSKI,**                                                Case No. _____
    **SANDI D. WOLSKI**

_____,
                                                    Debtors

# FORM 1. VOLUNTARY PETITION

## <u>Other Names Attachment</u>

All Other Names used by Joint Debtor in the last 8 years:

| | | |
|---|---|---|
| 1. | AKA | Sandi Wolski |
| 2. | AKA | Sandy D. Wolski |
| 3. | AKA | Sandy Wolski |
| 4. | AKA | Sandi M. Bier |
| 5. | FDBA | Sam's Carpet Service |
| 6. | FDBA | Rosar Builders & Consultants, Inc. |
| 7. | AKA | Sandi D. Bier |
| 8. | AKA | Sandi Bier |
| 9. | FDBA | Sam's Carpet Service, Inc. |
| 10. | AKA | Sandi Denise Wolski |

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **MARK K. WOLSKI**
  **SANDI D. WOLSKI**

Debtor(s)

Case No. _____

Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ MARK K. WOLSKI**
                        **MARK K. WOLSKI**

Date:    **August 31, 2011**

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                        Best Case Bankruptcy

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   **MARK K. WOLSKI**
        **SANDI D. WOLSKI**

Debtor(s)

Case No. _____

Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                          Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:  **/s/ SANDI D. WOLSKI**
                        **SANDI D. WOLSKI**

Date:  **August 31, 2011**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **MARK K. WOLSKI,**
**SANDI D. WOLSKI**

Case No. _____

_____,
Debtors

Chapter _____ **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 137,800.00 | | |
| B - Personal Property | Yes | 4 | 7,014.05 | | |
| C - Property Claimed as Exempt | Yes | 2 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 217,935.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 6 | | 18,118.80 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 44 | | 173,339.91 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 2,467.87 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,182.32 |
| Total Number of Sheets of ALL Schedules | | 66 | | | |
| Total Assets | | | 144,814.05 | | |
| Total Liabilities | | | | 409,393.71 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Northern District of Illinois

In re   **MARK K. WOLSKI,**
     **SANDI D. WOLSKI**

Case No. _____

,

    Debtors

Chapter _____**7**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 18,118.80 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 0.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 18,118.80 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 2,467.87 |
| Average Expenses (from Schedule J, Line 18) | 4,182.32 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 2,173.26 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 80,135.00 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 2,709.44 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 15,409.36 |
| 4. Total from Schedule F | | 173,339.91 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 268,884.27 |

B6A (Official Form 6A) (12/07)

.

In re  **MARK K. WOLSKI,**
     **SANDI D. WOLSKI**
                         Debtors

Case No. _____

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **Single-family, three bedroom home located at 609 N. Vista Avenue, Lombard, Illinois  60148** | **Debtors are co-owners as tenants by the entirety** | J | 137,800.00 | 217,935.00 |

| | | |
|---|---|---|
| Sub-Total > | 137,800.00 | (Total of this page) |
| Total > | 137,800.00 | |

(Report also on Summary of Schedules)

  **0**   continuation sheets attached to the Schedule of Real Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                       Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re  **MARK K. WOLSKI,**
       **SANDI D. WOLSKI,**

Case No. _____

                                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash on hand**<br>**Location: 609 N. Vista Avenue, Lombard IL 60148** | J | 100.00 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account**<br>**Bank of America, Addison, Illinois** | J | 100.00 |
| | | **Savings account**<br>**Bank of America, Addison, Illinois** | J | 14.05 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **Misc. items of furniture, to wit:  TV's, VCR, DVD player, stereo, bedroom sets, sofa & matching chair, end tables, kitchen table & chairs, cookware, small appliances, stove, refrigerator, microwave, washer, dryer, computers (2) and printer, cell phones**<br>**Location: 609 N. Vista Avenue, Lombard IL 60148** | J | 1,500.00 |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | | **Misc. items of adult man's and woman's clothing**<br>**Location: 609 N. Vista Avenue, Lombard IL 60148** | J | 1,000.00 |
| 7.  Furs and jewelry. | | **Misc. items of man's and woman's jewelry, to wit: wedding rings, earrings, necklaces, bracelets, costume jewelry items, watches**<br>**Location: 609 N. Vista Avenue, Lombard IL 60148** | J | 1,000.00 |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |

Sub-Total >        **3,714.05**
(Total of this page)

  **3**   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re    **MARK K. WOLSKI,**                                    Case No. _____
          **SANDI D. WOLSKI**

                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | **100% stock ownership interest in Rosar Builders & Consultants, Inc., formerly an Illinois corporation, which was involuntarily dissolved by the Secretary of State of Illinois on 10/08/2010, and which presently consists of the business name** Location: 609 N. Vista Avenue, Lombard IL 60148 | J | 50.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |

                                             Sub-Total >           **50.00**
                                           (Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **MARK K. WOLSKI,**                      Case No. _____
           **SANDI D. WOLSKI**

                                           Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **1996 Dodge Ram truck; 231,000 miles; fair condition** <br> **Location: 609 N. Vista Avenue, Lombard IL 60148** | H | 450.00 |
| | | **2003 Dodge conversion van; 92,000 miles; fair condition** <br> **Location: 609 N. Vista Avenue, Lombard IL 60148** | W | 1,300.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Misc. tools used by husband Debtor doing parttime construction work to wit:  small hand tools, drills & saws; also, misc. tools used by husband Debtor formerly doing flooring installation work, to wit: carpet stretchers, kickers and seaming iron** <br> **Location: 609 N. Vista Avenue, Lombard IL 60148** | H | 1,500.00 |

                                                               Sub-Total >       **3,250.00**
                                                       (Total of this page)

Sheet   **2**   of   **3**   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **MARK K. WOLSKI,**                                              Case No. _____
         **SANDI D. WOLSKI**
_____,
                                    Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 30.  Inventory. | X | | | |
| 31.  Animals. | X | | | |
| 32.  Crops - growing or harvested. Give particulars. | X | | | |
| 33.  Farming equipment and implements. | X | | | |
| 34.  Farm supplies, chemicals, and feed. | X | | | |
| 35.  Other personal property of any kind not already listed. Itemize. | X | | | |

| | |
|---|---|
| Sub-Total > | **0.00** |
| (Total of this page) | |
| Total > | **7,014.05** |

Sheet  __3__  of  __3__  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6C (Official Form 6C) (4/10)

.

In re    **MARK K. WOLSKI,**
            **SANDI D. WOLSKI**
                                                                    Case No. _____

_____,
                                        Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                          $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                                        *with respect to cases commenced on or after the date of adjustment.)*
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash on hand** | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| **Location: 609 N. Vista Avenue, Lombard IL 60148** | | | |
| | | | |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Checking account** | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| **Bank of America, Addison, Illinois** | | | |
| | | | |
| **Savings account** | 735 ILCS 5/12-1001(b) | 14.05 | 14.05 |
| **Bank of America, Addison, Illinois** | | | |
| | | | |
| **Household Goods and Furnishings** | | | |
| **Misc. items of furniture, to wit:  TV's, VCR, DVD player, stereo, bedroom sets, sofa & matching chair, end tables, kitchen table & chairs, cookware, small appliances, stove, refrigerator, microwave, washer, dryer, computers (2) and printer, cell phones** | 735 ILCS 5/12-1001(b) | 1,500.00 | 1,500.00 |
| **Location: 609 N. Vista Avenue, Lombard IL 60148** | | | |
| | | | |
| **Wearing Apparel** | | | |
| **Misc. items of adult man's and woman's clothing** | 735 ILCS 5/12-1001(a) | 1,000.00 | 1,000.00 |
| **Location: 609 N. Vista Avenue, Lombard IL 60148** | | | |
| | | | |
| **Furs and Jewelry** | | | |
| **Misc. items of man's and woman's jewelry, to wit:  wedding rings, earrings, necklaces, bracelets, costume jewelry items, watches** | 735 ILCS 5/12-1001(b) | 1,000.00 | 1,000.00 |
| **Location: 609 N. Vista Avenue, Lombard IL 60148** | | | |
| | | | |
| **Stock and Interests in Businesses** | | | |
| **100% stock ownership interest in Rosar Builders & Consultants, Inc., formerly an Illinois corporation, which was involuntarily dissolved by the Secretary of State of Illinois on 10/08/2010, and which presently consists of the business name** | 735 ILCS 5/12-1001(b) | 50.00 | 50.00 |
| **Location: 609 N. Vista Avenue, Lombard IL 60148** | | | |
| | | | |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| **1996 Dodge Ram truck; 231,000 miles; fair condition** | 735 ILCS 5/12-1001(c) | 450.00 | 450.00 |
| **Location: 609 N. Vista Avenue, Lombard IL 60148** | | | |

___1___ continuation sheets attached to Schedule of Property Claimed as Exempt

B6C (Official Form 6C) (4/10) -- Cont.

In re    **MARK K. WOLSKI,**
**SANDI D. WOLSKI**
_____,
Debtors

Case No. _____

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT
(Continuation Sheet)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **2003 Dodge conversion van; 92,000 miles; fair condition**<br>**Location: 609 N. Vista Avenue, Lombard IL 60148** | **735 ILCS 5/12-1001(c)** | **1,300.00** | **1,300.00** |
| **Machinery, Fixtures, Equipment and Supplies Used in Business**<br>**Misc. tools used by husband Debtor doing parttime construction work to wit:  small hand tools, drills & saws; also, misc. tools used by husband Debtor formerly doing flooring installation work, to wit:  carpet stretchers, kickers and seaming iron**<br>**Location: 609 N. Vista Avenue, Lombard IL 60148** | **735 ILCS 5/12-1001(d)** | **1,500.00** | **1,500.00** |

Total: **7,014.05** **7,014.05**

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Property Claimed as Exempt

B6D (Official Form 6D) (12/07)

In re  **MARK K. WOLSKI,**                                              Case No. _____
       **SANDI D. WOLSKI,**
_____ ,
                                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **8740063539191**<br><br>**Amc Mortgage Services**<br>**2077 N Main St Ste 1050**<br>**Santa Ana, CA 92706** | | J | Opened  9/28/04  Last Active 11/26/04<br><br>old mortgage of record<br><br><br>Value $        **Unknown** | | | | 0.00 | **Unknown** |
| Account No. **3443583**<br><br>**Citifinancial Mortgage**<br>**Po Box 9438**<br>**Gaithersburg, MD 20898** | | H | Opened  9/28/99  Last Active  4/01/03<br><br>old mortgage of record<br><br><br>Value $        **Unknown** | | | | 0.00 | **Unknown** |
| Account No. **5003761755**<br><br>**Citifinancial Mortgage**<br>**Po Box 9438**<br>**Gaithersburg, MD 20898** | | J | Opened 11/01/06  Last Active  6/14/08<br><br>old mortgage of record<br><br><br>Value $        **Unknown** | | | | 0.00 | **Unknown** |
| Account No. **5003761755**<br><br>**CitiMortgage Inc**<br>**PO Box 9438**<br>**Gaithersburg, MD 20898** | | J | Opened 11/01/06  Last Active 12/20/10<br><br>first mortgage<br><br>Single-family, three bedroom home located at 609 N. Vista Avenue, Lombard, Illinois  60148<br>Value $       **137,800.00** | | | | **203,930.00** | **80,135.00** |

  **2**   continuation sheets attached

Subtotal
(Total of this page)

| | |
|---|---|
| **203,930.00** | **80,135.00** |

B6D (Official Form 6D) (12/07) - Cont.

In re   **MARK K. WOLSKI,**          Case No. _____
         **SANDI D. WOLSKI**
_____,
                              Debtors

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | | |
| Account No. 6930322673930 | | | | | Opened  9/28/04  Last Active 10/12/06 | | | | | |
| **Homeq Servicing** Po Box 13716 Sacramento, CA 95853 | J | | | | old mortgage of record | | | | | |
| | | | | | Value $          **Unknown** | | | | **0.00** | **Unknown** |
| Account No. 3080558030613142 | | | | | Opened  3/12/08  Last Active  8/23/10 | | | | | |
| **Springleaf Financial Services** **Springleaf Finance, Inc.** 3632 W. 95th Street Evergreen Park, IL 60805 | J | | | | second mortgage / home equity line of credit Single-family, three bedroom home located at 609 N. Vista Avenue, Lombard, Illinois  60148 | | | | | |
| | | | | | Value $          137,800.00 | | | | **14,005.00** | **0.00** |
| Account No. 1040878014644843 | | | | | Opened  1/05/04  Last Active  8/01/04 | | | | | |
| **Springleaf Financial Services** 1409 W Lake St Addison, IL 60101 | J | | | | old car loan of record | | | | | |
| | | | | | Value $          **Unknown** | | | | **0.00** | **Unknown** |
| Account No. 2050878018667312 | | | | | Opened  2/15/05  Last Active  7/10/06 | | | | | |
| **Springleaf Financial Services** 1409 W Lake St Addison, IL 60101 | J | | | | old car loan of record | | | | | |
| | | | | | Value $          **Unknown** | | | | **0.00** | **Unknown** |
| Account No. 2070878029354046 | | | | | Opened  2/14/07  Last Active  2/29/08 | | | | | |
| **Springleaf Financial Services** 1409 W Lake St Addison, IL 60101 | J | | | | old car loan of record | | | | | |
| | | | | | Value $          **Unknown** | | | | **0.00** | **Unknown** |

Sheet __1__ of __2__ continuation sheets attached to                    Subtotal
Schedule of Creditors Holding Secured Claims                    (Total of this page)           **14,005.00**     **0.00**

B6D (Official Form 6D) (12/07) - Cont.

In re    **MARK K. WOLSKI,**
      **SANDI D. WOLSKI**

Case No. _____

_____,
           Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **3070878025951060** <br><br> **Springleaf Financial Services** <br> **1409 W Lake St** <br> **Addison, IL 60101** | | J | **Opened 3/13/07 Last Active 6/28/10** <br><br> **old car loan of record** <br><br><br> Value $        **Unknown** | | | | **0.00** | **Unknown** |
| Account No. **9420141859090** <br><br> **Suntrust Mortgage/Cc 5** <br> **1001 Semmes Ave** <br> **Richmond, VA 23224** | | J | **Opened 6/05/03 Last Active 9/01/04** <br><br> **old mortgage of record** <br><br><br> Value $       **Unknown** | | | | **0.00** | **Unknown** |
| Account No. <br><br><br><br><br> Value $ | | | | | | | | |
| Account No. <br><br><br><br><br> Value $ | | | | | | | | |
| Account No. <br><br><br><br><br> Value $ | | | | | | | | |

Sheet _**2**___ of _**2**___ continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal <br> (Total of this page) | **0.00** | **0.00** |
|---|---|---|---|
| | Total <br> (Report on Summary of Schedules) | **217,935.00** | **80,135.00** |

B6E (Official Form 6E) (4/10)

.

In re   **MARK K. WOLSKI,**                                          Case No. _____
**SANDI D. WOLSKI**

,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amount subject to adjustment on 04/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____5_____ continuation sheets attached

B6E (Official Form 6E) (4/10) - Cont.

In re   **MARK K. WOLSKI,**
        **SANDI D. WOLSKI**
                                                                    Case No. _____

                                        Debtors                                                  ,

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | J W C | | | | | | | |
| Account No. **XXX-XX-8889** <br><br> **Department of the Treasury** <br> **Internal Revenue Service** <br> **Cincinnati, OH 45999** | | J | | tax period ending 12/31/1999 <br><br> **Federal 1040 income taxes, penalties and interest** | | | | <br><br><br><br><br><br> **Unknown** | **Unknown** | **Unknown** |
| Account No. <br><br> **Patrick J. Fitzgerald** <br> **Office of U.S. Attorney** <br> **219 S. Dearborn Street, 5th Floor** <br> **Chicago, IL 60604** | | | | **Representing:** <br> **Department of the Treasury** | | | | **Notice Only** | | |
| Account No. **XXX-XX-8889** <br><br> **Department of the Treasury** <br> **Internal Revenue Service** <br> **Cincinnati, OH 45999** | | J | | tax period ending 12/31/2000 <br><br> **Federal 1040 income taxes, penalties and interest** | | | | <br><br><br><br><br><br> **Unknown** | **Unknown** | **Unknown** |
| Account No. <br><br> **Patrick J. Fitzgerald** <br> **Office of U.S. Attorney** <br> **219 S. Dearborn Street, 5th Floor** <br> **Chicago, IL 60604** | | | | **Representing:** <br> **Department of the Treasury** | | | | **Notice Only** | | |
| Account No. **XXX-XX-8889** <br><br> **Department of the Treasury** <br> **Internal Revenue Service** <br> **Cincinnati, OH 45999** | | J | | tax period ending 12/31/2001 <br><br> **Federal 1040 income taxes, penalties and interest** | | | | <br><br> **15,409.36** <br><br><br> **15,409.36** | **15,409.36** <br><br><br> **0.00** | |

Sheet <u>**1**</u> of <u>**5**</u> continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | **15,409.36** | |
|---|---|---|---|
| | (Total of this page) | **15,409.36** | **0.00** |

B6E (Official Form 6E) (4/10) - Cont.

In re    **MARK K. WOLSKI,**                                              Case No. _____
         **SANDI D. WOLSKI**
                                                              ,
                                   Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No.<br><br>**Patrick J. Fitzgerald**<br>**Office of U.S. Attorney**<br>**219 S. Dearborn Street, 5th Floor**<br>**Chicago, IL 60604** | | | | **Representing:**<br>**Department of the Treasury** | | | | **Notice Only** | |
| Account No. **XXX-XX-8889**<br><br>**Department of the Treasury**<br>**Internal Revenue Service**<br>**Cincinnati, OH 45999** | | J | | **tax period ending 12/31/2002**<br><br>**Federal 1040 income taxes, penalties and interest** | | | | **Unknown**<br><br>**Unknown** | **Unknown**<br><br>**Unknown** |
| Account No.<br><br>**Patrick J. Fitzgerald**<br>**Office of U.S. Attorney**<br>**219 S. Dearborn Street, 5th Floor**<br>**Chicago, IL 60604** | | | | **Representing:**<br>**Department of the Treasury** | | | | **Notice Only** | |
| Account No. **XXX-XX-8889**<br><br>**Department of the Treasury**<br>**Internal Revenue Service**<br>**Cincinnati, OH 45999** | | J | | **tax period ending 12/31/2003**<br><br>**Federal 1040 income taxes, penalties and interest** | | | | **Unknown**<br><br>**Unknown** | **Unknown**<br><br>**Unknown** |
| Account No.<br><br>**Patrick J. Fitzgerald**<br>**Office of U.S. Attorney**<br>**219 S. Dearborn Street, 5th Floor**<br>**Chicago, IL 60604** | | | | **Representing:**<br>**Department of the Treasury** | | | | **Notice Only** | |

Sheet  **2**   of  **5**   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| **0.00** | **0.00** |

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/10) - Cont.

In re  **MARK K. WOLSKI,**
    **SANDI D. WOLSKI**

Case No. _____

                             ,
Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **XXX-XX-8889** <br><br> **Department of the Treasury Internal Revenue Service Cincinnati, OH 45999** | | J | **tax period ending 12/31/2004** <br><br> **Federal 1040 income taxes, penalties and interest** | | | | **Unknown** <br><br> **Unknown** | **Unknown** | **Unknown** |
| Account No. <br><br> **Patrick J. Fitzgerald Office of U.S. Attorney 219 S. Dearborn Street, 5th Floor Chicago, IL 60604** | | | **Representing: Department of the Treasury** | | | | **Notice Only** | | |
| Account No. **XXX-XX-8889** <br><br> **Department of the Treasury Internal Revenue Service Cincinnati, OH 45999** | | J | **tax period ending 12/31/2005** <br><br> **Federal 1040 income taxes, penalties and interest** | | | | **Unknown** <br><br> **Unknown** | **Unknown** | **Unknown** |
| Account No. <br><br> **Patrick J. Fitzgerald Office of U.S. Attorney 219 S. Dearborn Street, 5th Floor Chicago, IL 60604** | | | **Representing: Department of the Treasury** | | | | **Notice Only** | | |
| Account No. **XXX-XX-8889** <br><br> **Department of the Treasury Internal Revenue Service Cincinnati, OH 45999** | | J | **tax period ending 12/31/2006** <br><br> **Federal 1040 income taxes, penalties and interest** | | | | **Unknown** <br><br> **Unknown** | **Unknown** | **Unknown** |

Sheet **3** of **5** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

**0.00**
**0.00**     **0.00**

B6E (Official Form 6E) (4/10) - Cont.

In re    **MARK K. WOLSKI,**                                    Case No. _____
         **SANDI D. WOLSKI**
                                                    ,
                            Debtors

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  | H W | J C |  |  |  |  |  |  |  |
| Account No.<br><br>**Patrick J. Fitzgerald<br>Office of U.S. Attorney<br>219 S. Dearborn Street, 5th Floor<br>Chicago, IL 60604** |  |  |  | **Representing:<br>Department of the Treasury** |  |  |  | **Notice Only** |  |  |
| Account No. **XXX-XX-8889**<br><br>**Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999** | J |  |  | **tax period ending 12/31/2007**<br><br>**Federal 1040 income taxes, penalties and interest** |  |  |  | **Unknown** | **Unknown** | **Unknown** |
| Account No.<br><br>**Patrick J. Fitzgerald<br>Office of U.S. Attorney<br>219 S. Dearborn Street, 5th Floor<br>Chicago, IL 60604** |  |  |  | **Representing:<br>Department of the Treasury** |  |  |  | **Notice Only** |  |  |
| Account No. **XXX-XX-8889**<br><br>**Department of the Treasury<br>Internal Revenue Service<br>Cincinnati, OH 45999** | J |  |  | **tax period ending 12/31/2008**<br><br>**Federal 1040 income taxes, penalties and interest** |  |  |  | **2,052.79** | **0.00** | **2,052.79** |
| Account No.<br><br>**Patrick J. Fitzgerald<br>Office of U.S. Attorney<br>219 S. Dearborn Street, 5th Floor<br>Chicago, IL 60604** |  |  |  | **Representing:<br>Department of the Treasury** |  |  |  | **Notice Only** |  |  |

Sheet __4__ of __5__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | **0.00** | |
|---|---|---|---|
| | (Total of this page) | **2,052.79** | **2,052.79** |

B6E (Official Form 6E) (4/10) - Cont.

In re   **MARK K. WOLSKI,**            Case No. _____
        **SANDI D. WOLSKI**
                                                              ,
                                Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **XXX-XX-8889**  <br><br>**Department of the Treasury Internal Revenue Service Cincinnati, OH 45999** | | J | tax period ending 12/31/2009 <br><br>**Federal 1040 income taxes, penalties and interest** | | | | **656.65** | | **0.00** <br><br> **656.65** |
| Account No.  <br><br>**Patrick J. Fitzgerald Office of U.S. Attorney 219 S. Dearborn Street, 5th Floor Chicago, IL 60604** | | | **Representing: Department of the Treasury** | | | | **Notice Only** | | |
| Account No. **XXX-XX-8889**  <br><br>**Department of the Treasury Internal Revenue Service Cincinnati, OH 45999** | | J | tax period ending 12/31/2010 <br><br>**Federal 1040 income taxes, penalties and interest** | | | | **Unknown** | | **Unknown** <br><br> **Unknown** |
| Account No.  | | | | | | | | | |
| Account No.  | | | | | | | | | |

| | | |
|---|---|---|
| Sheet **5** of **5** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | **0.00** <br> **656.65**     **656.65** |
| | Total (Report on Summary of Schedules) | **15,409.36** <br> **18,118.80**     **2,709.44** |

B6F (Official Form 6F) (12/07)

In re    **MARK K. WOLSKI,**                                                     Case No. _____
         **SANDI D. WOLSKI**
                                                              ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 1038386080<br><br>abc distributing<br>PO Box 702<br>Deerfield, IL 60015 | | J | on or about 2007 - 2010<br>**Claim for balance due on account for purchases of merchandise on credit** | | | | 1,319.91 |
| Account No.<br><br>abc distributing<br>PO Box 740<br>Deerfield, IL 60015 | | | Representing:<br>abc distributing | | | | Notice Only |
| Account No. 60148SMSCR60909<br><br>abc distributing<br>PO Box 702<br>Deerfield, IL 60015 | | J | on or about 2007 - 2010<br>**Claim for balance due on account for purchases of merchandise on credit** | | | | 1,319.91 |
| Account No.<br><br>abc distributing<br>PO Box 740<br>Deerfield, IL 60015 | | | Representing:<br>abc distributing | | | | Notice Only |
| __43__  continuation sheets attached | | | Subtotal<br>(Total of this page) | | | | 2,639.82 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **MARK K. WOLSKI,**
      **SANDI D. WOLSKI**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 5477530752280015<br><br>**Advanta Bank Corp**<br>**PO Box 844**<br>**Spring House, PA 19477** | X | H | Opened 5/12/99 Last Active 2/01/09<br>**Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | **1,174.00** |
| Account No. 3080558030613142<br><br>**American General Fin. Svcs, of Ill.**<br>**c/o CT Corporation System**<br>**208 S. LaSalle Street, 17th Floor**<br>**Chicago, IL 60604** | | J | on or about 2010 to present<br>**Claim for deficiency balance in second mortgage / home equity line of credit loan and escrow account** | | | | **Unknown** |
| Account No. 27175859<br><br>**American General Financial Services**<br>**American General Finance, Inc.**<br>**1409 W. Lake Street**<br>**Addison, IL 60101** | | J | on or about 2005 to present<br>**Claim for balance due on credit account** | | | | **15,562.16** |
| Account No.<br><br>**American General Financial Services**<br>**c/o Legal Office**<br>**20 N. Clark Street, Ste. 2600**<br>**Chicago, IL 60602** | | | Representing:<br>**American General Financial Services** | | | | **Notice Only** |
| Account No. 61193204<br><br>**Asset Management Out**<br>**401 Pilot Ct., Ste A**<br>**Waukesha, WI 53188** | | W | Opened 9/13/08 Last Active 3/25/09<br>**Collection on account for US Cellular-M06** | | | | **200.21** |

Sheet no. __1__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**16,936.37**

B6F (Official Form 6F) (12/07) - Cont.

In re    **MARK K. WOLSKI,**
    **SANDI D. WOLSKI**
                                                                                    Case No. _____

                                                                    ,
                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Associated Pathology Consultants SC**<br>**801 S. Washington Street**<br>**Naperville, IL 60540** | | J | **2005 to present**<br>**Medical services** | | | | **774.00** |
| Account No.<br><br>**Northwest Collectors Inc.**<br>**3601 Algonquin Rd., Ste. 232**<br>**Rolling Meadows, IL 60008** | | | **Representing:**<br>**Associated Pathology Consultants SC** | | | | **Notice Only** |
| Account No. **various**<br><br>**Associated Pathology Consultants SC**<br>**801 S. Washington Street**<br>**Naperville, IL 60540** | | J | **various dates**<br>**Medical services** | | | | **Unknown** |
| Account No.<br><br>**NCI**<br>**Northwest Collectors Inc.**<br>**3601 Algonquin Road, Ste. 232**<br>**Rolling Meadows, IL 60008** | | | **Representing:**<br>**Associated Pathology Consultants SC** | | | | **Notice Only** |
| Account No.<br><br>**Associates in Digestive Diseases**<br>**1200 S. York Road**<br>**Elmhurst, IL 60126** | | J | **on or about 2008 - 2010**<br>**Medical services** | | | | **388.38** |

Sheet no. __**2**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,162.38**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **MARK K. WOLSKI,**                                       Case No. _____

            **SANDI D. WOLSKI**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **variois**<br><br>**Associates in Digestive Diseases**<br>**1200 S. York Road**<br>**Elmhurst, IL 60126** | | J | **various dates**<br>**Medical services** | | | | **Unknown** |
| Account No. 5140218011419817<br><br>**Barclays Bank Delaware**<br>**125 S West Street**<br>**Wilmington, DE 19801** | | W | Opened  8/13/07  Last Active  3/01/09<br>Misc. credit card purchases for food, clothes, gas, household goods and various sundry items. | | | | 2,499.00 |
| Account No. 4121741879002678<br><br>**Capital One**<br>**Capital One Bank (USA), N.A.**<br>**P.O. Box 85520**<br>**Richmond, VA 23285** | | H | Opened  3/07/01  Last Active 12/01/08<br>Misc. credit card purchases for food, clothes, gas, household goods and various sundry items. | | | | 1,762.00 |
| Account No.<br><br>**Northland Group Inc.**<br>**P.O. Box 390846**<br>**Minneapolis, MN 55439** | | | **Representing:**<br>**Capital One** | | | | **Notice Only** |
| Account No. 5178052400670689<br><br>**Capital One**<br>**Capital One Bank (USA), N.A.**<br>**P.O. Box 85520**<br>**Richmond, VA 23285** | | W | Opened 12/23/03  Last Active  1/01/09<br>Misc. credit card purchases for food, clothes, gas, household goods and various sundry items. | | | | 1,684.38 |

Sheet no. __3___ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                   Subtotal<br>                                          (Total of this page)       **5,945.38**

B6F (Official Form 6F) (12/07) - Cont.

In re   **MARK K. WOLSKI,**
         **SANDI D. WOLSKI**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Northland Group Inc.**<br>**P.O. Box 390846**<br>**Minneapolis, MN 55439** | | | **Representing:**<br>**Capital One** | | | | **Notice Only** |
| Account No. **4791-2420-8831-7691**<br><br>**Capital One**<br>**Capital One Bank (USA), N.A.**<br>**P.O. Box 85520**<br>**Richmond, VA 23285** | X | J | **2005 - 2010**<br>**Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | **850.10** |
| Account No. **13808113**<br><br>**CBA Collection Bureau**<br>**25954 Eden Landing Road**<br>**Hayward, CA 94545** | | W | **Opened  3/22/10  Last Active  2/01/10**<br>**Collection on account for DS Waters of America** | | | | **227.00** |
| Account No. **Case No. 2011 SC 003158**<br><br>**Century Tile**<br>**747 E. Roosevelt Road**<br>**Lombard, IL 60148** | | H | **on or about 6/14/2011**<br>**Judgment entered against husband Debtor for monies owed, plus court costs, atty's fees and statutory interest, in lawsuit filed in Circuit Court of the 18th Judicial Circuit, DuPage County, Case No. 2011 SC 003158** | | | | **1,226.06** |
| Account No. <br><br>**Nigro, Westfall & Gryska**<br>**1793 Bloomingdale Road**<br>**Glendale Heights, IL 60139** | | | **Representing:**<br>**Century Tile** | | | | **Notice Only** |

Sheet no. __4__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,303.16**

B6F (Official Form 6F) (12/07) - Cont.

In re    **MARK K. WOLSKI,**
        **SANDI D. WOLSKI**
                                           ,      Case No. _____

                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **188704**<br><br>**Century Tile**<br>**747 E. Roosevelt Road**<br>**Lombard, IL 60148** | X | J | | **2005 to present**<br>**Claim for balance due on credit account** | | | | 1,529.33 |
| Account No. **4185813435185280**<br><br>**Chase / Chase Bank USA, N.A.**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | | W | | **Opened  3/13/07  Last Active 11/01/09**<br>**Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | 1,272.00 |
| Account No.<br><br>**Palisades Collection, L.L.C.**<br>**PO Box 1244**<br>**Englewood Cliffs, NJ 07632** | | | | **Representing:**<br>**Chase / Chase Bank USA, N.A.** | | | | Notice Only |
| Account No. **4185868007684110**<br><br>**Chase / Chase Bank USA, N.A.**<br>**Cardmember Service**<br>**P.O. Box 15153**<br>**Wilmington, DE 19886** | | W | | **Opened  4/27/06  Last Active  1/01/09**<br>**Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | 7,225.88 |
| Account No.<br><br>**Palisades Collection, L.L.C.**<br>**PO Box 1244**<br>**Englewood Cliffs, NJ 07632** | | | | **Representing:**<br>**Chase / Chase Bank USA, N.A.** | | | | Notice Only |

Sheet no. __**5**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal
                          (Total of this page)      **10,027.21**

B6F (Official Form 6F) (12/07) - Cont.

In re    **MARK K. WOLSKI,**
    **SANDI D. WOLSKI**
                                                     **Debtors**

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6276452000210275**<br><br>**Cit / Fhut**<br>**6250 Ridgewood Road**<br>**St Cloud, MN 56303** | | W | **Opened 11/01/04  Last Active 11/01/08**<br>**Charge Account** | | | | **0.00** |
| Account No. **6035320493756116**<br><br>**Citibank (South Dakota), N.A.**<br>**PO Box 6497**<br>**Sioux Falls, SD 57117** | | W | **Opened  1/14/08  Last Active  1/29/10**<br>**Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | **923.00** |
| Account No. **6035 3204 9375 6116**<br><br>**Citibank (South Dakota), N.A.**<br>**c/o Home Depot Credit Services**<br>**Processing Center**<br>**Des Moines, IA 50364** | | J | **2005 to present**<br>**Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | **970.70** |
| Account No.<br><br>**B & T Financial Services**<br>**PO Box 1314**<br>**Germantown, MD 20875** | | | **Representing:**<br>**Citibank (South Dakota), N.A.** | | | | **Notice Only** |
| Account No.<br><br>**B & T Financial Services**<br>**211 Perry Parkway, Ste. 6**<br>**Gaithersburg, MD 20877** | | | **Representing:**<br>**Citibank (South Dakota), N.A.** | | | | **Notice Only** |

Sheet no. __6__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,893.70**

B6F (Official Form 6F) (12/07) - Cont.

In re   **MARK K. WOLSKI,**                                              Case No. _____
        **SANDI D. WOLSKI**

_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5003761755**<br><br>**CitiMortgage Inc**<br>**PO Box 9438**<br>**Gaithersburg, MD 20898** | | J | on or about 2010 to present<br>Claim for deficiency balance in first mortgage loan and escrow account | | | | **Unknown** |
| Account No.<br><br>**Hauselman, Rappin & Olswang, Ltd.**<br>**39 S. LaSalle Street**<br>**Chicago, IL 60603** | | | Representing:<br>CitiMortgage Inc | | | | **Notice Only** |
| Account No. **032841709-01**<br><br>**Country Financial**<br>**c/o Afni, Inc.**<br>**P.O. Box 3517**<br>**Bloomington, IL 61702** | X | J | 2003 to present<br>Claim for balance due on account | | | | **224.00** |
| Account No. **3392479**<br><br>**Creditors Collection Bureau**<br>**755 Almar Parkway**<br>**Bourbonnais, IL 60914** | | H | Opened  3/05/10  Last Active 11/01/09<br>Collection on account for Midwest Digestive Disease Specialists | | | | **2,976.00** |
| Account No. **3604551**<br><br>**Creditors Collection Bureau**<br>**755 Almar Parkway**<br>**Bourbonnais, IL 60914** | | W | Opened 11/03/10  Last Active  8/01/10<br>Collection on account for Midwest Digestive Disease Specialists | | | | **146.00** |

Sheet no. __**7**___ of __**43**___ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **3,346.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **MARK K. WOLSKI,**                                                    Case No. _____
         **SANDI D. WOLSKI**
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 862911644 <br><br> **Doubleday Book Club** <br> **Customer Service** <br> **PO Box 6400** <br> **Camp Hill, PA 17012** | | J | on or about 2007 - 2009 <br> **Claim for balance due on account for** <br> **purchases of merchandise on credit** | | | | 103.80 |
| Account No. 13808113 <br><br> **DS Waters of America** <br> **c/o CBA Collection Bureau** <br> **25954 Eden Landing Road** <br> **Hayward, CA 94545** | | J | Opened 3/22/10 Last Active 2/01/10 <br> **Claim for balance due on account for** <br> **purchases of merchandise and/or services on** <br> **credit** | | | | 227.00 |
| Account No. <br><br> **E.J. Welch Company, Inc.** <br> **700 Morse Avenue** <br> **Elk Grove Village, IL 60007** | | J | on or about 2005 - 2011 <br> **Claim for balance due on account for** <br> **purchases of merchandise and/or services on** <br> **credit** | | | | 110.00 |
| Account No. **various** <br><br> **Elmhurst Anesthesiologists** <br> **c/o Medical Business Bureau** <br> **1460 Renaissance Drive** <br> **Park Ridge, IL 60068** | | J | various dates <br> **Medical services** | | | | **Unknown** |
| Account No. <br><br> **MiraMed Revenue Group** <br> **991 Oak Creek Drive** <br> **Lombard, IL 60148** | | | Representing: <br> **Elmhurst Anesthesiologists** | | | | **Notice Only** |

Sheet no. __8___ of __43__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**440.80**

B6F (Official Form 6F) (12/07) - Cont.

In re   **MARK K. WOLSKI,**                             Case No. _____
       **SANDI D. WOLSKI**

                                        Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **C0001000000054367** | | | | on or about 4/14/2011 **Medical services** | | | | |
| **Elmhurst Clinic** **Elmhurst Memorial Healthcare** **Dept 4585** **Carol Stream, IL 60122** | | W | | | | | | **52.32** |
| Account No. | | | | | | | | |
| **Computer Credit, Inc.** **640 West Fourth Street** **P.O. Box 5238** **Winston Salem, NC 27113** | | | | Representing: **Elmhurst Clinic** | | | | **Notice Only** |
| Account No. | | | | | | | | |
| **MiraMed Revenue Group** **991 Oak Creek Drive** **Lombard, IL 60148** | | | | Representing: **Elmhurst Clinic** | | | | **Notice Only** |
| Account No. **55111** | | | | on or about 2010 **Medical services** | | | | |
| **Elmhurst Clinic** **Elmhurst Memorial Healthcare** **Dept 4585** **Carol Stream, IL 60122** | | H | | | | | | **155.30** |
| Account No. | | | | | | | | |
| **Computer Credit, Inc.** **640 West Fourth Street** **P.O. Box 5238** **Winston Salem, NC 27113** | | | | Representing: **Elmhurst Clinic** | | | | **Notice Only** |

Sheet no. __**9**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)               **207.62**

B6F (Official Form 6F) (12/07) - Cont.

In re    **MARK K. WOLSKI,**
    **SANDI D. WOLSKI**    Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Representing: | | | | |
| MiraMed Revenue Group 991 Oak Creek Drive Lombard, IL 60148 | | | | Elmhurst Clinic | | | | Notice Only |
| Account No. **various** | | | | various dates Medical services | | | | |
| Elmhurst Clinic Elmhurst Memorial Healthcare Dept 4585 Carol Stream, IL 60122 | | J | | | | | | **Unknown** |
| Account No. | | | | Representing: | | | | |
| Computer Credit, Inc. 640 West Fourth Street P.O. Box 5238 Winston Salem, NC 27113 | | | | Elmhurst Clinic | | | | Notice Only |
| Account No. | | | | Representing: | | | | |
| MiraMed Revenue Group 991 Oak Creek Drive Lombard, IL 60148 | | | | Elmhurst Clinic | | | | Notice Only |
| Account No. **003 71150** | | | | on or about 2010 Medical services | | | | |
| Elmhurst Emergency Med. Svcs. 1165 Paysphere Circle Chicago, IL 60674 | | W | | | | | | **36.81** |

Sheet no. __10__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **36.81**

B6F (Official Form 6F) (12/07) - Cont.

In re   **MARK K. WOLSKI,**
      **SANDI D. WOLSKI**
                                           ,

Case No. _____

                                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**MiraMed Revenue Group**<br>**991 Oak Creek Drive**<br>**Lombard, IL 60148** | | | **Representing:**<br>**Elmhurst Emergency Med. Svcs.** | | | | **Notice Only** |
| Account No. **various** <br><br>**Elmhurst Emergency Med. Svcs.**<br>**1165 Paysphere Circle**<br>**Chicago, IL 60674** | | J | **various dates**<br>**Medical services** | | | | **Unknown** |
| Account No. **E00002556796** <br><br>**Elmhurst Memorial Healthcare**<br>**Elmhurst Memorial Hospital**<br>**P.O. Box 4052**<br>**Carol Stream, IL 60197** | | H | **2009 - 2011**<br>**Medical services** | | | | **2,500.00** |
| Account No. <br><br>**Computer Credit, Inc.**<br>**640 West Fourth Street**<br>**P.O. Box 5238**<br>**Winston Salem, NC 27113** | | | **Representing:**<br>**Elmhurst Memorial Healthcare** | | | | **Notice Only** |
| Account No. <br><br>**MiraMed Revenue Group**<br>**991 Oak Creek Drive**<br>**Lombard, IL 60148** | | | **Representing:**<br>**Elmhurst Memorial Healthcare** | | | | **Notice Only** |

Sheet no. __11__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,500.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **MARK K. WOLSKI,**
      **SANDI D. WOLSKI**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **Van Ru Credit Corp.** <br> **1350 E. Touhy Avenue, Ste. 100E** <br> **Des Plaines, IL 60018** | | | | **Representing:** <br> **Elmhurst Memorial Healthcare** | | | | **Notice Only** |
| Account No. **E00002567593** <br><br> **Elmhurst Memorial Healthcare** <br> **Elmhurst Memorial Hospital** <br> **P.O. Box 4052** <br> **Carol Stream, IL 60197** | | W | | **2008 - 2011** <br> **Medical services** | | | | **2,890.04** |
| Account No. <br><br> **Computer Credit, Inc.** <br> **640 West Fourth Street** <br> **P.O. Box 5238** <br> **Winston Salem, NC 27113** | | | | **Representing:** <br> **Elmhurst Memorial Healthcare** | | | | **Notice Only** |
| Account No. <br><br> **MiraMed Revenue Group** <br> **991 Oak Creek Drive** <br> **Lombard, IL 60148** | | | | **Representing:** <br> **Elmhurst Memorial Healthcare** | | | | **Notice Only** |
| Account No. <br><br> **Van Ru Credit Corp.** <br> **1350 E. Touhy Avenue, Ste. 100E** <br> **Des Plaines, IL 60018** | | | | **Representing:** <br> **Elmhurst Memorial Healthcare** | | | | **Notice Only** |

Sheet no. **12** of **43** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,890.04**

B6F (Official Form 6F) (12/07) - Cont.

In re   **MARK K. WOLSKI,**
          **SANDI D. WOLSKI**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **E00002783313**<br><br>**Elmhurst Memorial Healthcare**<br>**Elmhurst Memorial Hospital**<br>**P.O. Box 4052**<br>**Carol Stream, IL 60197** | | W | | **2009 - 2011**<br>**Medical services** | | | | **193.19** |
| Account No.<br><br>**Computer Credit, Inc.**<br>**640 West Fourth Street**<br>**P.O. Box 5238**<br>**Winston Salem, NC 27113** | | | | **Representing:**<br>**Elmhurst Memorial Healthcare** | | | | **Notice Only** |
| Account No.<br><br>**MiraMed Revenue Group**<br>**991 Oak Creek Drive**<br>**Lombard, IL 60148** | | | | **Representing:**<br>**Elmhurst Memorial Healthcare** | | | | **Notice Only** |
| Account No.<br><br>**Van Ru Credit Corp.**<br>**1350 E. Touhy Avenue, Ste. 100E**<br>**Des Plaines, IL 60018** | | | | **Representing:**<br>**Elmhurst Memorial Healthcare** | | | | **Notice Only** |
| Account No. **E00002802329**<br><br>**Elmhurst Memorial Healthcare**<br>**Elmhurst Memorial Hospital**<br>**P.O. Box 4052**<br>**Carol Stream, IL 60197** | | W | | **2009 - 2011**<br>**Medical services** | | | | **291.18** |

Sheet no. __**13**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**484.37**

B6F (Official Form 6F) (12/07) - Cont.

In re    **MARK K. WOLSKI,**　　　　　　　　　　　　　　　　Case No. _____
　　　　　**SANDI D. WOLSKI**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | | | | | | | |
| Computer Credit, Inc. 640 West Fourth Street P.O. Box 5238 Winston Salem, NC 27113 | | | | Representing: Elmhurst Memorial Healthcare | | | | Notice Only |
| **Account No.** | | | | | | | | |
| MiraMed Revenue Group 991 Oak Creek Drive Lombard, IL 60148 | | | | Representing: Elmhurst Memorial Healthcare | | | | Notice Only |
| **Account No.** | | | | | | | | |
| Van Ru Credit Corp. 1350 E. Touhy Avenue, Ste. 100E Des Plaines, IL 60018 | | | | Representing: Elmhurst Memorial Healthcare | | | | Notice Only |
| **Account No.  various** | | | | various dates Medical services | | | | |
| Elmhurst Memorial Healthcare Elmhurst Memorial Hospital P.O. Box 4052 Carol Stream, IL 60197 | | J | | | | | | Unknown |
| **Account No.** | | | | | | | | |
| Computer Credit, Inc. 640 West Fourth Street P.O. Box 5238 Winston Salem, NC 27113 | | | | Representing: Elmhurst Memorial Healthcare | | | | Notice Only |

Sheet no. __**14**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **MARK K. WOLSKI,**
       **SANDI D. WOLSKI**
                                                                    Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **MiraMed Revenue Group** <br> **991 Oak Creek Drive** <br> **Lombard, IL 60148** | | | | **Representing:** <br> **Elmhurst Memorial Healthcare** | | | | **Notice Only** |
| Account No. <br><br> **Van Ru Credit Corp.** <br> **1350 E. Touhy Avenue, Ste. 100E** <br> **Des Plaines, IL 60018** | | | | **Representing:** <br> **Elmhurst Memorial Healthcare** | | | | **Notice Only** |
| Account No.  **E00002250991** <br><br> **Elmhurst Memorial Healthcare** <br> **PO Box 92348** <br> **Chicago, IL 60675** | | H | | **2005 to present** <br> **Medical services** | | | | **168.16** |
| Account No. <br><br> **Computer Credit, Inc.** <br> **640 West Fourth Street** <br> **P.O. Box 5238** <br> **Winston Salem, NC 27113** | | | | **Representing:** <br> **Elmhurst Memorial Healthcare** | | | | **Notice Only** |
| Account No. <br><br> **MiraMed Revenue Group** <br> **991 Oak Creek Drive** <br> **Lombard, IL 60148** | | | | **Representing:** <br> **Elmhurst Memorial Healthcare** | | | | **Notice Only** |

Sheet no. __**15**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **168.16**

B6F (Official Form 6F) (12/07) - Cont.

In re    **MARK K. WOLSKI,**
      **SANDI D. WOLSKI**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Van Ru Credit Corp.** <br> **1350 E. Touhy Avenue, Ste. 100E** <br> **Des Plaines, IL 60018** | | | **Representing:** <br> **Elmhurst Memorial Healthcare** | | | | **Notice Only** |
| Account No. **E00002064045** <br><br> **Elmhurst Memorial Healthcare** <br> **PO Box 92348** <br> **Chicago, IL 60675** | | H | **2005 to present** <br> **Medical services** | | | | **105.00** |
| Account No. <br><br> **Computer Credit, Inc.** <br> **640 West Fourth Street** <br> **P.O. Box 5238** <br> **Winston Salem, NC 27113** | | | **Representing:** <br> **Elmhurst Memorial Healthcare** | | | | **Notice Only** |
| Account No. <br><br> **MiraMed Revenue Group** <br> **991 Oak Creek Drive** <br> **Lombard, IL 60148** | | | **Representing:** <br> **Elmhurst Memorial Healthcare** | | | | **Notice Only** |
| Account No. <br><br> **Van Ru Credit Corp.** <br> **1350 E. Touhy Avenue, Ste. 100E** <br> **Des Plaines, IL 60018** | | | **Representing:** <br> **Elmhurst Memorial Healthcare** | | | | **Notice Only** |

Sheet no. __**16**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**105.00**

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **MARK K. WOLSKI,**
       **SANDI D. WOLSKI**

Case No. _____

_____,
                                   Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **E00002792209**<br><br>**Elmhurst Memorial Hospital**<br>**Elmhurst Memorial Healthcare**<br>**75 Remittance Drive, Ste. 6383**<br>**Chicago, IL 60675-6383** | | W | | **2005 to present**<br>**Medical services** | | | | 140.57 |
| Account No.<br><br>**Computer Credit, Inc.**<br>**640 West Fourth Street**<br>**P.O. Box 5238**<br>**Winston Salem, NC 27113** | | | | **Representing:**<br>**Elmhurst Memorial Hospital** | | | | Notice Only |
| Account No.<br><br>**MiraMed Revenue Group**<br>**991 Oak Creek Drive**<br>**Lombard, IL 60148** | | | | **Representing:**<br>**Elmhurst Memorial Hospital** | | | | Notice Only |
| Account No.<br><br>**Van Ru Credit Corp.**<br>**1350 E. Touhy Avenue, Ste. 100E**<br>**Des Plaines, IL 60018** | | | | **Representing:**<br>**Elmhurst Memorial Hospital** | | | | Notice Only |
| Account No. **E00002792209**<br><br>**Elmhurst Memorial Hospital**<br>**Elmhurst Memorial Healthcare**<br>**75 Remittance Drive, Ste. 6383**<br>**Chicago, IL 60675-6383** | | W | | **2005 to present**<br>**Medical services** | | | | 291.18 |

Sheet no. __17__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

431.75

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **MARK K. WOLSKI,**              Case No. _____
      **SANDI D. WOLSKI**
_____,
                                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Computer Credit, Inc.**<br>**640 West Fourth Street**<br>**P.O. Box 5238**<br>**Winston Salem, NC 27113** | | | **Representing:**<br>**Elmhurst Memorial Hospital** | | | | **Notice Only** |
| Account No.<br><br>**MiraMed Revenue Group**<br>**991 Oak Creek Drive**<br>**Lombard, IL 60148** | | | **Representing:**<br>**Elmhurst Memorial Hospital** | | | | **Notice Only** |
| Account No.<br><br>**Van Ru Credit Corp.**<br>**1350 E. Touhy Avenue, Ste. 100E**<br>**Des Plaines, IL 60018** | | | **Representing:**<br>**Elmhurst Memorial Hospital** | | | | **Notice Only** |
| Account No. **E00002873124**<br><br>**Elmhurst Memorial Hospital**<br>**Elmhurst Memorial Healthcare**<br>**75 Remittance Drive, Ste. 6383**<br>**Chicago, IL 60675-6383** | | J | **2005 to present**<br>**Medical services** | | | | **202.40** |
| Account No.<br><br>**Computer Credit, Inc.**<br>**640 West Fourth Street**<br>**P.O. Box 5238**<br>**Winston Salem, NC 27113** | | | **Representing:**<br>**Elmhurst Memorial Hospital** | | | | **Notice Only** |

Sheet no. __**18**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                       Subtotal                  **202.40**
                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **MARK K. WOLSKI,**            Case No. _____
      **SANDI D. WOLSKI**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**MiraMed Revenue Group**<br>**991 Oak Creek Drive**<br>**Lombard, IL 60148** | | | **Representing:**<br>**Elmhurst Memorial Hospital** | | | | **Notice Only** |
| Account No.<br><br>**Van Ru Credit Corp.**<br>**1350 E. Touhy Avenue, Ste. 100E**<br>**Des Plaines, IL 60018** | | | **Representing:**<br>**Elmhurst Memorial Hospital** | | | | **Notice Only** |
| Account No.  **E00002839332**<br><br>**Elmhurst Memorial Hospital**<br>**Elmhurst Memorial Healthcare**<br>**75 Remittance Drive, Ste. 6383**<br>**Chicago, IL 60675-6383** | | W | **2005 to present**<br>**Medical services** | | | | **163.07** |
| Account No.<br><br>**Computer Credit, Inc.**<br>**640 West Fourth Street**<br>**P.O. Box 5238**<br>**Winston Salem, NC 27113** | | | **Representing:**<br>**Elmhurst Memorial Hospital** | | | | **Notice Only** |
| Account No.<br><br>**MiraMed Revenue Group**<br>**991 Oak Creek Drive**<br>**Lombard, IL 60148** | | | **Representing:**<br>**Elmhurst Memorial Hospital** | | | | **Notice Only** |

Sheet no. __**19**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**163.07**

B6F (Official Form 6F) (12/07) - Cont.

In re    **MARK K. WOLSKI,**
         **SANDI D. WOLSKI**                                        Case No. _____

_____,
                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Van Ru Credit Corp.**<br>**1350 E. Touhy Avenue, Ste. 100E**<br>**Des Plaines, IL 60018** | | | | **Representing:**<br>**Elmhurst Memorial Hospital** | | | | **Notice Only** |
| Account No. **E00002661442**<br><br>**Elmhurst Memorial Hospital**<br>**Elmhurst Memorial Healthcare**<br>**75 Remittance Drive, Ste. 6383**<br>**Chicago, IL 60675-6383** | | W | | **2005 to present**<br>**Medical services** | | | | **38.45** |
| Account No. <br><br>**Computer Credit, Inc.**<br>**640 West Fourth Street**<br>**P.O. Box 5238**<br>**Winston Salem, NC 27113** | | | | **Representing:**<br>**Elmhurst Memorial Hospital** | | | | **Notice Only** |
| Account No. <br><br>**MiraMed Revenue Group**<br>**991 Oak Creek Drive**<br>**Lombard, IL 60148** | | | | **Representing:**<br>**Elmhurst Memorial Hospital** | | | | **Notice Only** |
| Account No. <br><br>**Van Ru Credit Corp.**<br>**1350 E. Touhy Avenue, Ste. 100E**<br>**Des Plaines, IL 60018** | | | | **Representing:**<br>**Elmhurst Memorial Hospital** | | | | **Notice Only** |

Sheet no. __**20**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **38.45**

B6F (Official Form 6F) (12/07) - Cont.

In re  **MARK K. WOLSKI,**
        **SANDI D. WOLSKI**                                                    Case No. _____

_____,
                                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **E00001975545** <br><br> **Elmhurst Memorial Hospital** <br> **Elmhurst Memorial Healthcare** <br> **75 Remittance Drive, Ste. 6383** <br> **Chicago, IL 60675-6383** | | H | **2005 to present** <br> **Medical services** | | | | **1,197.28** |
| Account No. <br><br> **Computer Credit, Inc.** <br> **640 West Fourth Street** <br> **P.O. Box 5238** <br> **Winston Salem, NC 27113** | | | **Representing:** <br> **Elmhurst Memorial Hospital** | | | | **Notice Only** |
| Account No. <br><br> **MiraMed Revenue Group** <br> **991 Oak Creek Drive** <br> **Lombard, IL 60148** | | | **Representing:** <br> **Elmhurst Memorial Hospital** | | | | **Notice Only** |
| Account No. <br><br> **Van Ru Credit Corp.** <br> **1350 E. Touhy Avenue, Ste. 100E** <br> **Des Plaines, IL 60018** | | | **Representing:** <br> **Elmhurst Memorial Hospital** | | | | **Notice Only** |
| Account No. **E00002194939** <br><br> **Elmhurst Memorial Hospital** <br> **Elmhurst Memorial Healthcare** <br> **75 Remittance Drive, Ste. 6383** <br> **Chicago, IL 60675-6383** | | H | **2005 to present** <br> **Medical services** | | | | **1,562.80** |

Sheet no. __21__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,760.08**

B6F (Official Form 6F) (12/07) - Cont.

In re    **MARK K. WOLSKI,**                                                    Case No. _____
         **SANDI D. WOLSKI**
_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **Computer Credit, Inc.** <br> **640 West Fourth Street** <br> **P.O. Box 5238** <br> **Winston Salem, NC 27113** | | | | **Representing:** <br> **Elmhurst Memorial Hospital** | | | | **Notice Only** |
| Account No. <br><br> **MiraMed Revenue Group** <br> **991 Oak Creek Drive** <br> **Lombard, IL 60148** | | | | **Representing:** <br> **Elmhurst Memorial Hospital** | | | | **Notice Only** |
| Account No. <br><br> **Van Ru Credit Corp.** <br> **1350 E. Touhy Avenue, Ste. 100E** <br> **Des Plaines, IL 60018** | | | | **Representing:** <br> **Elmhurst Memorial Hospital** | | | | **Notice Only** |
| Account No. **various** <br><br> **Elmhurst Memorial Hospital** <br> **Elmhurst Memorial Healthcare** <br> **75 Remittance Drive, Ste. 6383** <br> **Chicago, IL 60675-6383** | | J | | **various dates** <br> **Medical services** | | | | **Unknown** |
| Account No. <br><br> **Elmhurst Radiologists, S.C.** <br> **200 N. Berteau Avenue** <br> **Elmhurst, IL 60126** | | H | | **2005 to present** <br> **Medical services** | | | | **364.00** |

Sheet no. __22__ of __43__ sheets attached to Schedule of                    Subtotal
Creditors Holding Unsecured Nonpriority Claims                        (Total of this page)    **364.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **MARK K. WOLSKI,**
       **SANDI D. WOLSKI**
                                                          ,    Case No. _____
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br> **Elmhurst Radiologists, S.C.** <br> **PO Box 1035** <br> **Bedford Park, IL 60499** | | | | **Representing:** <br> **Elmhurst Radiologists, S.C.** | | | | **Notice Only** |
| Account No. <br><br> **MiraMed Revenue Group** <br> **991 Oak Creek Drive** <br> **Lombard, IL 60148** | | | | **Representing:** <br> **Elmhurst Radiologists, S.C.** | | | | **Notice Only** |
| Account No. <br><br> **NCI** <br> **Northwest Collectors Inc.** <br> **3601 Algonquin Road, Ste. 232** <br> **Rolling Meadows, IL 60008** | | | | **Representing:** <br> **Elmhurst Radiologists, S.C.** | | | | **Notice Only** |
| Account No. **A461-0018556-12** <br><br> **Elmhurst Radiologists, S.C.** <br> **PO Box 1035** <br> **Bedford Park, IL 60499** | | W | | **2005 to present** <br> **Medical services** | | | | **26.36** |
| Account No. <br><br> **MiraMed Revenue Group** <br> **991 Oak Creek Drive** <br> **Lombard, IL 60148** | | | | **Representing:** <br> **Elmhurst Radiologists, S.C.** | | | | **Notice Only** |

Sheet no. __23__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| Subtotal (Total of this page) | **26.36** |
|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re   **MARK K. WOLSKI,**                                    Case No. _____
        **SANDI D. WOLSKI**

_____,
                                  Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **NCI** <br> **Northwest Collectors Inc.** <br> **3601 Algonquin Road, Ste. 232** <br> **Rolling Meadows, IL 60008** | | | **Representing:** <br> **Elmhurst Radiologists, S.C.** | | | | **Notice Only** |
| Account No. **A461-0018556-13** <br><br> **Elmhurst Radiologists, S.C.** <br> **PO Box 1035** <br> **Bedford Park, IL 60499** | | W | **2005 to present** <br> **Medical services** | | | | **16.12** |
| Account No. <br><br> **MiraMed Revenue Group** <br> **991 Oak Creek Drive** <br> **Lombard, IL 60148** | | | **Representing:** <br> **Elmhurst Radiologists, S.C.** | | | | **Notice Only** |
| Account No. <br><br> **NCI** <br> **Northwest Collectors Inc.** <br> **3601 Algonquin Road, Ste. 232** <br> **Rolling Meadows, IL 60008** | | | **Representing:** <br> **Elmhurst Radiologists, S.C.** | | | | **Notice Only** |
| Account No. **various** <br><br> **Elmhurst Radiologists, S.C.** <br> **PO Box 1035** <br> **Bedford Park, IL 60499** | | J | **various dates** <br> **Medical services** | | | | **Unknown** |

Sheet no. __24__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**16.12**

B6F (Official Form 6F) (12/07) - Cont.

In re    **MARK K. WOLSKI,**
**SANDI D. WOLSKI**
Case No. _____
                                                                                    ,
                                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **MiraMed Revenue Group** **991 Oak Creek Drive** **Lombard, IL 60148** | | | **Representing:** **Elmhurst Radiologists, S.C.** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **NCI** **Northwest Collectors Inc.** **3601 Algonquin Road, Ste. 232** **Rolling Meadows, IL 60008** | | | **Representing:** **Elmhurst Radiologists, S.C.** | | | | **Notice Only** |
| Account No. 6276452000210275 | | W | **Opened 11/01/04  Last Active 11/01/08** **Charge Account** | | | | |
| **Fingerhut / Metbk** | | | | | | | 0.00 |
| Account No. 5433628768239919 | | H | **Opened  3/18/07  Last Active 11/01/08** **Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | |
| **First Premier Bank** **601 S Minnesota Avenue** **Sioux Falls, SD 57104** | | | | | | | 494.00 |
| Account No. 5178007387014822 | | J | **Opened  4/12/05  Last Active  7/02/06** **Credit account** | | | | |
| **First Premier Bank** **601 S Minnesota Ave** **Sioux Falls, SD 57104** | | | | | | | 0.00 |

Sheet no. __25__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     494.00

B6F (Official Form 6F) (12/07) - Cont.

In re   **MARK K. WOLSKI,**
      **SANDI D. WOLSKI**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. 6019181026294433<br><br>GE Money Bank / Lenscrafters<br>PO Box 981439<br>El Paso, TX 79998 | | W | | Opened 1/03/07 Last Active 2/01/09<br>Claim for balance due on account for purchases of merchandise and/or services on credit | | | | 734.40 |
| Account No.<br><br>Zwicker & Associates, P.C.<br>80 Minuteman Road<br>Andover, MA 01810 | | | | Representing:<br>GE Money Bank / Lenscrafters | | | | Notice Only |
| Account No. 6019181030309482<br><br>GE Money Bank / Lenscrafters<br>PO Box 981439<br>El Paso, TX 79998 | | W | | Opened 9/16/08<br>Charge Account | | | | 0.00 |
| Account No.<br><br>Zwicker & Associates, P.C.<br>80 Minuteman Road<br>Andover, MA 01810 | | | | Representing:<br>GE Money Bank / Lenscrafters | | | | Notice Only |
| Account No. File No. J94265<br><br>Harris N.A.<br>c/o Jay K. Levy & Associates<br>155 Revere Drive, Ste. 2<br>Northbrook, IL 60062 | X | J | | on or about 2007 - 2009<br>Claim for balance due on credit account | | | | 698.19 |

Sheet no. __26__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,432.59

B6F (Official Form 6F) (12/07) - Cont.

In re    **MARK K. WOLSKI,**                                                      Case No. _____
       **SANDI D. WOLSKI**

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W<br>J<br>C | | | | | | |
| Account No. **6035-3220-2601-5002**<br><br>**Home Depot**<br>**c/o Northland Group Inc.**<br>**7831 Glenroy Road, Ste. 250**<br>**Edina, MN 55439** | X | J | | on or about 2005 - 2010<br>**Claim for balance due on account for purchases of merchandise and/or services on credit** | | | | **5,582.65** |
| Account No. **6035 3204 9375 6116**<br><br>**Home Depot Credit Services**<br>**PO Box 689100**<br>**Des Moines, IA 50368** | | J | | **2005 to present**<br>**Claim for balance due on account for purchases of merchandise on credit** | | | | **923.00** |
| Account No. **4663040002598874**<br><br>**HSBC Bank**<br>**PO Box 5253**<br>**Carol Stream, IL 60197** | | H | | **Opened  3/12/07  Last Active  2/01/09**<br>**Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | **3,398.36** |
| Account No.<br><br>**Freedman Anselmo Lindberg & Rappe**<br>**1807 W. Diehl Road, Ste. 333**<br>**P.O. Box 3228**<br>**Naperville, IL 60566** | | | | **Representing:**<br>**HSBC Bank** | | | | **Notice Only** |
| Account No.<br><br>**HSBC Card Services**<br>**PO Box 17051**<br>**Baltimore, MD 21297** | | | | **Representing:**<br>**HSBC Bank** | | | | **Notice Only** |

Sheet no. __**27**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **9,904.01**

B6F (Official Form 6F) (12/07) - Cont.

In re  **MARK K. WOLSKI,**                                                    Case No. _____
       **SANDI D. WOLSKI**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Case No. 2010 SC 001084** <br><br> **HSBC Bank Nevada, N.A.** <br> **1111 Town Center Drive** <br> **Las Vegas, NV 89144** | | | J | | **on or about April, 2010** <br> **Judgment entered against husband Debtor for monies owed, plus court costs, atty's fees and statutory interest, in lawsuit filed in Circuit Court of the 18th Judicial Circuit, DuPage County, Case No. 2010 SC 001084** | | | | **3,398.36** |
| Account No. <br><br> **Freedman Anselmo Lindberg & Rappe** <br> **1807 W. Diehl Road, Ste. 333** <br> **P.O. Box 3228** <br> **Naperville, IL 60566** | | | | | **Representing:** <br> **HSBC Bank Nevada, N.A.** | | | | **Notice Only** |
| Account No. **5433280046441782** <br><br> **HSBC Card Services, Inc.** <br> **HSBC Bank** <br> **P.O. Box 5253** <br> **Carol Stream, IL 60197** | | | | W | **Opened  5/10/08  Last Active 12/01/08** <br> **Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | **1,128.00** |
| Account No. **Case No. 2009 SC 9100** <br><br> **HSBC Nevada, N.A.** <br> **f/k/a Household Bank** <br> **1111 Town Center Drive** <br> **Las Vegas, NV 89144** | | | J | | **on or about January, 2010** <br> **Judgment entered against wife Debtor for monies owed, plus court costs, atty's fees and statutory interest, in lawsuit filed in Circuit Court of the 18th Judicial Circuit, DuPage County, Case No. 2009 SC 009100** | | | | **1,128.32** |
| Account No. <br><br> **Blatt, Hasenmiller, Leibsker & Moor** <br> **125 S. Wacker Drive, Ste.400** <br> **Chicago, IL 60606** | | | | | **Representing:** <br> **HSBC Nevada, N.A.** | | | | **Notice Only** |

Sheet no. __28__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **5,654.68**

B6F (Official Form 6F) (12/07) - Cont.

In re    **MARK K. WOLSKI,**                                        Case No. _____
          **SANDI D. WOLSKI**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 390002339424 | | | **2004 to present** | | | | |
| | | | **Claim for balance due on account** | | | | |
| **Idearc Media LLC  / Supermedia LLC** | | | | | | | |
| **PO Box 619009** | | J | | | | | |
| **DFW Airport, TX 75261** | | | | | | | |
| | | | | | | | **2,531.68** |
| Account No. | | | | | | | |
| | | | **Representing:** | | | | |
| **Creditwatch** | | | **Idearc Media LLC  / Supermedia LLC** | | | | |
| **PO Box 156269** | | | | | | | **Notice Only** |
| **Fort Worth, TX 76155** | | | | | | | |
| Account No. 5140-2180-1141-9817 | | | **2005 - 2010** | | | | |
| | | | **Misc. credit card purchases for food, clothes,** | | | | |
| **Juniper / Barclay** | | | **gas, household goods and various sundry** | | | | |
| **MasterCard Card Services** | | J | **items.** | | | | |
| **PO Box 13337** | | | | | | | |
| **Philadelphia, PA 19101** | | | | | | | **2,499.95** |
| Account No. 15932 | | | **on or about March, 2011** | | | | |
| | | | **Claim for balance due on acount of purchases** | | | | |
| **K & S Automatic Sprinklers, Inc.** | X | J | **of merchandise on credit** | | | | |
| **2619 Congress Street** | | | | | | | |
| **Bellwood, IL 60104** | | | | | | | |
| | | | | | | | **1,100.00** |
| Account No. 6019181026294433 | | | **Opened  1/03/07  Last Active  2/01/09** | | | | |
| | | | **Claim for balance due on account for** | | | | |
| **Lenscrafters** | | | **purchases of merchandise and/or services on** | | | | |
| **c/o GE Money Bank** | | J | **credit** | | | | |
| **PO Box 960061** | | | | | | | |
| **Orlando, FL 32896** | | | | | | | |
| | | | | | | | **734.00** |

| | | |
|---|---|---|
| Sheet no. __29__ of __43__  sheets attached to Schedule of | Subtotal | |
| Creditors Holding Unsecured Nonpriority Claims | (Total of this page) | **6,865.63** |

B6F (Official Form 6F) (12/07) - Cont.

In re    **MARK K. WOLSKI,**                                              Case No. _____
         **SANDI D. WOLSKI**

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Zwicker & Associates, P.C.** <br> **80 Minuteman Road** <br> **Andover, MA 01810** | | | | **Representing:** <br> **Lenscrafters** | | | | **Notice Only** |
| Account No. **69381200012** <br><br> **Loyola University Medical Center** <br> **2160 S. First Avenue** <br> **Maywood, IL 60153** | | W | | **2005 to present** <br> **Medical services** | | | | **15.38** |
| Account No. **69381200011** <br><br> **Loyola University Medical Center** <br> **2160 S. First Avenue** <br> **Maywood, IL 60153** | | J | | **2005 to present** <br> **Medical services** | | | | **11.83** |
| Account No. **various** <br><br> **Loyola University Medical Center** <br> **2160 S. First Avenue** <br> **Maywood, IL 60153** | | J | | **various dates** <br> **Medical services** | | | | **Unknown** |
| Account No. **0693812** <br><br> **Loyola University Medical Center** <br> **P.O. Box 6559** <br> **Carol Stream, IL 60197** | | J | | **2005 to present** <br> **Medical services** | | | | **27.33** |

Sheet no. __**30**__ of __**43**__ sheets attached to Schedule of                          Subtotal                      **54.54**
Creditors Holding Unsecured Nonpriority Claims                                      (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **MARK K. WOLSKI,**
**SANDI D. WOLSKI**
                                                                    Case No. _____
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **1038386080** <br><br> **LTD Commodities LLC** <br> **abc distributing** <br> **PO Box 702** <br> **Deerfield, IL 60015** | | J | | **on or about 2007 - 2010** <br> **Claim for balance due on account for** <br> **purchases of merchandise on credit** | | | | **1,319.91** |
| Account No. <br><br> **LTD Commodities LLC** <br> **abc distributing** <br> **PO Box 740** <br> **Deerfield, IL 60015** | | | | **Representing:** <br> **LTD Commodities LLC** | | | | **Notice Only** |
| Account No.  **60148SMSCR60909** <br><br> **LTD Commodities LLC** <br> **abc distributing** <br> **PO Box 702** <br> **Deerfield, IL 60015** | | J | | **Claim for balance due on account for** <br> **purchases of merchandise on credit** | | | | **1,319.91** |
| Account No. <br><br> **LTD Commodities LLC** <br> **abc distributing** <br> **PO Box 740** <br> **Deerfield, IL 60015** | | | | **Representing:** <br> **LTD Commodities LLC** | | | | **Notice Only** |
| Account No. **990000201191** <br><br> **MB Financial Bank** <br> **6111 N River Rd** <br> **Rosemont, IL 60018** | | J | | **Opened  1/30/06  Last Active  9/20/06** <br> **Personal loan** | | | | **0.00** |

Sheet no. __**31**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,639.82**

B6F (Official Form 6F) (12/07) - Cont.

In re    **MARK K. WOLSKI,**  
      **SANDI D. WOLSKI**

Case No. _____

_____,  
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. **1072767 999** <br><br> **Medical Business Bureau** <br> **1460 Renaissance Drive** <br> **Park Ridge, IL 60068** | | W | | | Opened  9/01/09  Last Active 10/01/08 <br> Collection on account for Elmhurst <br> Anesthesiologists | | | | 74.00 |
| Account No. **546616XXXXXX3185** <br><br> **Merchant Services** <br> **PO Box 5009** <br> **Hagerstown, MD 21741** | X | J | | | on or about November, 2009 <br> Claim for balance due for alleged fraudulent <br> credit transactions | | | | **Unknown** |
| Account No. **546616XXXXXX3185** <br><br> **Merchant Services** <br> **PO Box 5009** <br> **Hagerstown, MD 21741** | X | J | | | on or about November, 2009 <br> Claim for balance due for alleged fraudulent <br> credit transactions | | | | 24,068.80 |
| Account No. **8101240077** <br><br> **Merchants' Credit Guide Company** <br> **223 W. Jackson Blvd., #400** <br> **Chicago, IL 60606** | | W | | | Opened  5/04/10 <br> Collection on account for RPW Obstetrics <br> Gyn | | | | 340.00 |
| Account No. **8535434164** <br><br> **Midland Funding LLC** <br> **Midland Credit Management, Inc.** <br> **P.O. Box 60578** <br> **Los Angeles, CA 90060** | | W | | | Opened  7/09/10  Last Active 12/01/08 <br> Collection on account acquired from Target <br> National Bank | | | | 4,157.00 |

Sheet no. __32__ of __43__ sheets attached to Schedule of  
Creditors Holding Unsecured Nonpriority Claims

Subtotal  
(Total of this page)

| 28,639.80 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    **MARK K. WOLSKI,**
       **SANDI D. WOLSKI**                                          Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. <br><br>**Midland Credit Mgmt.**<br>**8875 Aero Drive**<br>**San Diego, CA 92123** | | | | **Representing:**<br>**Midland Funding LLC** | | | | **Notice Only** |
| Account No. **various** <br><br>**Midwest Digestive Disease Specialis**<br>**360 W. Butterfield Rd., Ste. 280**<br>**Elmhurst, IL 60126** | | J | | **various dates**<br>**Medical services** | | | | **Unknown** |
| Account No. **48926** <br><br>**Midwest Digestive Disease Specialis**<br>**360 W. Butterfield Rd., Ste. 280**<br>**Elmhurst, IL 60126** | | W | | **2005 to present**<br>**Medical services** | | | | **110.64** |
| Account No. **59916** <br><br>**Midwest Digestive Disease Specialis**<br>**360 W. Butterfield Rd., Ste. 280**<br>**Elmhurst, IL 60126** | | H | | **2005 to present**<br>**Medical services** | | | | **2,245.00** |
| Account No. **7978789** <br><br>**MiraMed Revenue Group**<br>**991 Oak Creek Drive**<br>**Lombard, IL 60148** | | H | | **Opened 12/06/10**<br>**Collection on account for Elmhurst Clinic** | | | | **155.00** |

Sheet no. __33__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,510.64**

B6F (Official Form 6F) (12/07) - Cont.

In re    **MARK K. WOLSKI,**
     **SANDI D. WOLSKI**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 7978793<br><br>MiraMed Revenue Group<br>991 Oak Creek Drive<br>Lombard, IL 60148 | | W | Opened 12/06/10<br>Collection on account for Elmhurst Clinic | | | | 84.00 |
| Account No. 5846676<br><br>MiraMed Revenue Group<br>991 Oak Creek Drive<br>Lombard, IL 60148 | | W | Opened 9/28/09<br>Collection on account for Elmhurst Clinic | | | | 66.00 |
| Account No. 5252208<br><br>MiraMed Revenue Group<br>991 Oak Creek Drive<br>Lombard, IL 60148 | | W | Opened 3/31/09<br>Collection on account for Elmhurst Clinic | | | | 58.00 |
| Account No.<br><br>Multiple Streams of Income, Inc.<br>5072 North 300 West<br>Provo, UT 84604 | | J | on or about 2005 - 2011<br>Claim for balance due on account of real estate classes purchased on credit | | | | 6,997.50 |
| Account No.<br><br>Multiple Streams of Income, Inc.<br>5072 North 300 West<br>Provo, UT 84604 | | J | on or about 2005 - 2011<br>Claim for balance due on account of real estate classes purchased on credit | | | | 2,495.00 |

Husband, Wife, Joint, or Community

Sheet no. __34__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,700.50

B6F (Official Form 6F) (12/07) - Cont.

In re  **MARK K. WOLSKI,**
    **SANDI D. WOLSKI**
                          Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. 2825611226 <br><br> NCI <br> Northwest Collectors Inc. <br> 3601 Algonquin Road, Ste. 232 <br> Rolling Meadows, IL 60008 | | H | | | Opened  5/11/09  Last Active 12/01/08 <br> Collection on account for Elmhurst Radiologist | | | | 923.00 |
| Account No. 3252706614 <br><br> NCI <br> Northwest Collectors Inc. <br> 3601 Algonquin Road, Ste. 232 <br> Rolling Meadows, IL 60008 | | H | | | Opened  5/24/10  Last Active 11/01/09 <br> Collection on account for Associated Pathology | | | | 774.00 |
| Account No. 2825698325 <br><br> NCI <br> Northwest Collectors Inc. <br> 3601 Algonquin Road, Ste. 232 <br> Rolling Meadows, IL 60008 | | J | | | Opened  4/19/10  Last Active 10/01/09 <br> Collection on account for Elmhurst Radiologist | | | | 364.00 |
| Account No. 3252602087 <br><br> NCI <br> Northwest Collectors Inc. <br> 3601 Algonquin Road, Ste. 232 <br> Rolling Meadows, IL 60008 | | J | | | Opened  3/30/09  Last Active 10/01/08 <br> Collection on account for Associated Pathology | | | | 110.00 |
| Account No. 4663-0400-0259-8874 <br><br> Orchard Bank <br> c/o HSBC Card Services <br> PO Box 17051 <br> Baltimore, MD 21297 | | J | | | Opened  3/12/07  Last Active  2/01/09 <br> Misc. credit card purchases for food, clothes, gas, household goods and various sundry items. | | | | 3,398.36 |

Sheet no.  **35**  of  **43**  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,569.36

B6F (Official Form 6F) (12/07) - Cont.

In re    **MARK K. WOLSKI,**
         **SANDI D. WOLSKI**

Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4185-8680-0768-4110** <br><br> **Palisades Collection, L.L.C.** <br> **PO Box 1244** <br> **Englewood Cliffs, NJ 07632** | | J | **2005 to present** <br> **Claim for balance due on account acquired from Chase / Chase Bank USA, N.A.** | | | | **7,225.88** |
| Account No. **PAL1CHWAVM19543455** <br><br> **Palisades Collection, LLC** <br> **210 Sylvan Avenue** <br> **Englewood, NJ 07632** | | W | **Opened 9/30/09 Last Active 1/01/09** <br> **Collection on account acquired from Washington Mutual** | | | | **7,153.00** |
| Account No. <br><br> **Palisades Collection, L.L.C.** <br> **PO Box 1244** <br> **Englewood Cliffs, NJ 07632** | | | **Representing:** <br> **Palisades Collection, LLC** | | | | **Notice Only** |
| Account No. **9920480309-STC** <br><br> **PCS Stamps & Coins** <br> **47 Richards Avenue** <br> **Norwalk, CT 06857** | | J | **2008 - 2009** <br> **Claim for balance due on account for purchases of merchandise on credit** | | | | **62.00** |
| Account No. **9920480309-STQ** <br><br> **PCS Stamps & Coins** <br> **47 Richards Avenue** <br> **Norwalk, CT 06857** | | J | **2008 - 2009** <br> **Claim for balance due on account for purchases of merchandise on credit** | | | | **50.85** |

Sheet no. __**36**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**14,491.73**

B6F (Official Form 6F) (12/07) - Cont.

In re    **MARK K. WOLSKI,**                       Case No. _____
        **SANDI D. WOLSKI**

                                               Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 6035320493756116<br><br>**Pinnacle Credit Services, LLC**<br>**7900 Highway 7, #100**<br>**Saint Louis Park, MN 55426** | | W | **Opened 9/17/10 Last Active 2/01/10**<br>**Claim for balance due on account acquired from Citibank** | | | | 970.70 |
| Account No.<br><br>**B & T Financial Services**<br>**PO Box 1314**<br>**Germantown, MD 20875** | | | **Representing:**<br>**Pinnacle Credit Services, LLC** | | | | Notice Only |
| Account No.<br><br>**B & T Financial Services**<br>**211 Perry Parkway, Ste. 6**<br>**Gaithersburg, MD 20877** | | | **Representing:**<br>**Pinnacle Credit Services, LLC** | | | | Notice Only |
| Account No. 8000-9000-0939-6239<br><br>**Pitney Bowes, Inc.**<br>**c/o Purchase Power**<br>**PO Box 856042**<br>**Louisville, KY 40285** | X | J | **2005 to present**<br>**Claim for balance due on account for purchases of merchandise and/or services on credit** | | | | 661.89 |
| Account No.<br><br>**Caine & Weiner**<br>**21210 Erwin Street**<br>**Woodland Hills, CA 91367** | | | **Representing:**<br>**Pitney Bowes, Inc.** | | | | Notice Only |

Sheet no. __37__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                     Subtotal            1,632.59
                                     (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **MARK K. WOLSKI,**
       **SANDI D. WOLSKI**                                   Case No. _____

                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 19554824862M<br><br>Pitney Bowes, Inc.<br>c/o Caine & Weiner<br>21210 Erwin Street<br>Woodland Hills, CA 91367 | X | J | 2005 to present<br>Claim for balance due on account for purchases of merchandise and/or services on credit | | | | 149.66 |
| Account No. 5433-6287-6823-9919<br><br>Premier Bankcard, LLC<br>c/o Academy Collection Service, Inc<br>P.O. Box 21089<br>Philadelphia, PA 19114 | | J | 2005 to present<br>Misc. credit card purchases for food, clothes, gas, household goods and various sundry items. | | | | 494.36 |
| Account No. 8000-9000-0939-6239<br><br>Purchase Power<br>PO Box 856042<br>Louisville, KY 40285 | | J | 2005 to present<br>Claim for balance due on account for purchases of merchandise and/or services on credit | | | | 661.89 |
| Account No.<br><br>Caine & Weiner<br>21210 Erwin Street<br>Woodland Hills, CA 91367 | | | Representing:<br>Purchase Power | | | | Notice Only |
| Account No. 029907-00<br><br>R-P-W OB/GYN. S.C.<br>360 W. Butterfield Road, #250<br>Elmhurst, IL 60126 | | J | 2005 to present<br>Medical services | | | | 340.75 |

Sheet no. __38__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims                Subtotal
                                          (Total of this page)     **1,646.66**

B6F (Official Form 6F) (12/07) - Cont.

In re   **MARK K. WOLSKI,**                                                    Case No. _____
        **SANDI D. WOLSKI**

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **various** <br><br> **R-P-W OB/GYN. S.C.** <br> **360 W. Butterfield Road, #250** <br> **Elmhurst, IL 60126** | | J | **various dates** <br> **Medical services** | | | | **Unknown** |
| Account No. <br><br> **Robert G. Allen** <br> **Multiple Streams of Income, Inc.** <br> **5072 North 300 West** <br> **Provo, UT 84604** | | J | **on or about 2005 - 2011** <br> **Claim for balance due on account of real estate classes purchased on credit** | | | | **6,997.50** |
| Account No. <br><br> **Robert G. Allen** <br> **Multiple Streams of Income, Inc.** <br> **5072 North 300 West** <br> **Provo, UT 84604** | | J | **on or about 2005 - 2011** <br> **Claim for balance due on account of real estate classes purchased on credit** | | | | **2,495.00** |
| Account No. **4204-7158-3** <br><br> **Sherwin - Williams** <br> **Accounts Receivable Dept.** <br> **561 Roosevelt Road, Ste. J** <br> **Glen Ellyn, IL 60137** | X | J | **2004 to present** <br> **Claim for balance due on account for purchases of merchandise and/or services on credit** | | | | **257.40** |
| Account No. <br><br> **Norman & Associates** <br> **1360 Union Hill Road** <br> **Bldg. 12** <br> **Alpharetta, GA 30004** | | | **Representing:** <br> **Sherwin - Williams** | | | | **Notice Only** |

Sheet no. __**39**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**9,749.90**

B6F (Official Form 6F) (12/07) - Cont.

In re    **MARK K. WOLSKI,**
         **SANDI D. WOLSKI**
                                                                    Case No. _____

                                        Debtors
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 3080558030613142<br><br>**Springleaf Financial Services**<br>**Springleaf Finance, Inc.**<br>**3632 W. 95th Street**<br>**Evergreen Park, IL 60805** | | J | | on or about 2010 to present<br>**Claim for deficiency balance in second mortgage / home equity line of credit loan and escrow account** | | | | **Unknown** |
| Account No. **WOLSKI30**<br><br>**Su, Jeng N., MD, SC**<br>**130 S. Main, Ste. 303**<br>**Lombard, IL 60148** | | J | | on or about 2009 - 2010<br>**Medical services** | | | | **37.75** |
| Account No. 390002339424<br><br>**SuperMedia LLC**<br>**PO Box 619009**<br>**DFW Airport, TX 75261** | X | J | | **2004 to present**<br>**Claim for balance due on account** | | | | **2,531.68** |
| Account No.<br><br>**Creditwatch**<br>**PO Box 156269**<br>**Fort Worth, TX 76155** | | | | Representing:<br>**SuperMedia LLC** | | | | **Notice Only** |
| Account No. 6900021584A<br><br>**Swiss Colony, Inc.**<br>**1112 7th Avenue**<br>**Monroe, WI 53566** | | W | | Opened 11/22/05  Last Active  2/01/09<br>**Claim for balance due on account for purchases of merchandise and/or services on credit** | | | | **130.00** |

Sheet no. __40__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                Subtotal
                                          (Total of this page)              **2,699.43**

B6F (Official Form 6F) (12/07) - Cont.

In re     **MARK K. WOLSKI,**                                 Case No. _____
         **SANDI D. WOLSKI**

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **4352376735848871** <br><br>**Target**<br>**Target National Bank**<br>**P.O. Box 59317**<br>**Minneapolis, MN 55459** | | W | | **Opened 11/25/06  Last Active  3/10/09**<br>**Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | **3,738.01** |
| Account No. **00943555** <br><br>**The Blue Book of Building and Construction Network**<br>**PO Box 500, 800 E. Main Street**<br>**Jefferson Valley, NY 10535** | | J | | **2005 to present**<br>**Claim for balance due on account** | | | | **2,566.66** |
| Account No. <br><br>**McCarthy, Burgess & Wolfe**<br>**26000 Cannon Road**<br>**Cleveland, OH 44146** | | | | **Representing:**<br>**The Blue Book of Building and** | | | | **Notice Only** |
| Account No. **62783635 / 704575017** <br><br>**U.S. Cellular - M06**<br>**c/o AMO Recoveries**<br>**PO Box 926100**<br>**Norcross, GA 30010** | | J | | **2005 to present**<br>**Claim for balance due on account for purchases of merchandise and/or services on credit** | | | | **200.21** |
| Account No. <br><br>**Valentine & Kebartas**<br>**360 Merrimack Street**<br>**Lawrence, MA 01843** | | | | **Representing:**<br>**U.S. Cellular - M06** | | | | **Notice Only** |

Sheet no. __41__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**6,504.88**

B6F (Official Form 6F) (12/07) - Cont.

In re    **MARK K. WOLSKI,**
     **SANDI D. WOLSKI**

Case No. _____

_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1146792102** <br><br> **Valentine & Kebartas** <br> **360 Merrimack Street** <br> **Lawrence, MA 01843** | | H | **Opened  2/01/11  Last Active  2/01/09** <br> **Collection  on account for U.S. Cellular Chicago** | | | | **208.00** |
| Account No. **1146792101** <br><br> **Valentine & Kebartas** <br> **360 Merrimack Street** <br> **Lawrence, MA 01843** | | H | **Opened  1/01/11  Last Active  1/01/09** <br> **Collection on account for U.S. Cellular Chicago** | | | | **139.00** |
| Account No. **4185-8680-0768-4110 / 19543455** <br><br> **Washington Mutual** <br> **c/o Palisades Collection, L.L.C.** <br> **PO Box 1244** <br> **Englewood Cliffs, NJ 07632** | | J | **2005 to present** <br> **Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | **7,225.88** |
| Account No. **4185-8134-3518-5280** <br><br> **Washington Mutual Bank / WAMU** <br> **Washington Mutual Card Services** <br> **PO Box 660487** <br> **Dallas, TX 75266** | X | J | **2005 - 2010** <br> **Misc. credit card purchases for food, clothes, gas, household goods and various sundry items.** | | | | **487.22** |
| Account No. **6879450119029368663** <br><br> **Webbank / Dfs** <br> **1 Dell Way** <br> **Round Rock, TX 78682** | | W | **Opened  5/31/05  Last Active  4/15/06** <br> **Charge Account** | | | | **0.00** |

Sheet no. __**42**__ of __**43**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**8,060.10**

B6F (Official Form 6F) (12/07) - Cont.

In re    **MARK K. WOLSKI,**
       **SANDI D. WOLSKI**
                                                               , 
                                      Debtors

Case No. _____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **6879450129035678807** <br><br> **Webbank / Dfs** <br> **1 Dell Way** <br> **Round Rock, TX 78682** | | J | | **Opened  5/19/05** <br> **Charge Account** | | | | **0.00** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __43__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | | **0.00** |
| Total <br> (Report on Summary of Schedules) | | **173,339.91** |

B6G (Official Form 6G) (12/07)

.

In re    **MARK K. WOLSKI,**                                          Case No. _____
        **SANDI D. WOLSKI**

_____,
                          Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| | |

**0** 
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2011 - CCH INCORPORATED - www.bestcase.com                                                    Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

.

In re   **MARK K. WOLSKI,**
      **SANDI D. WOLSKI,**
                                      ,
                           Debtors

Case No. _____

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Rosar Builders & Consultants, Inc.**<br>**609 N. Vista Avenue**<br>**Lombard, IL 60148** | **Washington Mutual Bank / WAMU**<br>**Washington Mutual Card Services**<br>**PO Box 660487**<br>**Dallas, TX 75266** |
| **Rosar Builders & Consultants, Inc.**<br>**609 N. Vista Avenue**<br>**Lombard, IL 60148** | **Harris N.A.**<br>**c/o Jay K. Levy & Associates**<br>**155 Revere Drive, Ste. 2**<br>**Northbrook, IL 60062** |
| **Rosar Builders & Consultants, Inc.**<br>**609 N. Vista Avenue**<br>**Lombard, IL 60148** | **Merchant Services**<br>**PO Box 5009**<br>**Hagerstown, MD 21741** |
| **Rosar Builders & Consultants, Inc.**<br>**609 N. Vista Avenue**<br>**Lombard, IL 60148** | **Merchant Services**<br>**PO Box 5009**<br>**Hagerstown, MD 21741** |
| **Rosar Builders & Consultants, Inc.**<br>**609 N. Vista Avenue**<br>**Lombard, IL 60148** | **SuperMedia LLC**<br>**PO Box 619009**<br>**DFW Airport, TX 75261** |
| **Sam's Carpet Service**<br>**609 N. Vista**<br>**Lombard, IL 60148** | **Century Tile**<br>**747 E. Roosevelt Road**<br>**Lombard, IL 60148** |
| **Sam's Carpet Service**<br>**609 N. Vista Avenue**<br>**Lombard, IL 60148** | **K & S Automatic Sprinklers, Inc.**<br>**2619 Congress Street**<br>**Bellwood, IL 60104** |
| **Sam's Carpet Service**<br>**609 N. Vista Avenue**<br>**Lombard, IL 60148** | **Capital One**<br>**Capital One Bank (USA), N.A.**<br>**P.O. Box 85520**<br>**Richmond, VA 23285** |
| **Sam's Carpet Service**<br>**609 N. Vista Avenue**<br>**Lombard, IL 60148** | **Advanta Bank Corp**<br>**PO Box 844**<br>**Spring House, PA 19477** |
| **Sam's Carpet Service**<br>**609 N. Vista Avenue**<br>**Lombard, IL 60148** | **Home Depot**<br>**c/o Northland Group Inc.**<br>**7831 Glenroy Road, Ste. 250**<br>**Edina, MN 55439** |

1

_____ continuation sheets attached to Schedule of Codebtors

In re      **MARK K. WOLSKI,**                                        Case No. _____
     **SANDI D. WOLSKI**
_____,
Debtors

# SCHEDULE H - CODEBTORS
(Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Sam's Carpet Service**<br>**609 N. Vista Avenue**<br>**Lombard, IL 60148** | **Sherwin - Williams**<br>**Accounts Receivable Dept.**<br>**561 Roosevelt Road, Ste. J**<br>**Glen Ellyn, IL 60137** |
| **Sam's Carpet Service**<br>**609 N. Vista Avenue**<br>**Lombard, IL 60148** | **Country Financial**<br>**c/o Afni, Inc.**<br>**P.O. Box 3517**<br>**Bloomington, IL 61702** |
| **Sam's Carpet Service**<br>**609 N. Vista Avenue**<br>**Lombard, IL 60148** | **Pitney Bowes, Inc.**<br>**c/o Caine & Weiner**<br>**21210 Erwin Street**<br>**Woodland Hills, CA 91367** |
| **Sam's Carpet Service**<br>**609 N. Vista Avenue**<br>**Lombard, IL 60148** | **Pitney Bowes, Inc.**<br>**c/o Purchase Power**<br>**PO Box 856042**<br>**Louisville, KY 40285** |

Sheet __1__ of __1__ continuation sheets attached to the Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re **MARK K. WOLSKI
SANDI D. WOLSKI**
_____
Debtor(s)

Case No. _____

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):  **None.** | AGE(S): |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **part-time construction work** | **part-time claims representative** |
| Name of Employer | **self-employed** | **Metro Public Adjustment, Inc.** |
| How long employed | **3 months** | **15 months** |
| Address of Employer | **609 N. Vista Avenue**<br>**Lombard, IL 60148** | **600 Hunter Drive, #101**<br>**Oak Brook, IL 60523** |

INCOME:  (Estimate of average or projected monthly income at time case filed)

| | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | $ | **729.87** | $ | **275.00** |
| 2. Estimate monthly overtime | $ | **0.00** | $ | **0.00** |
| 3. SUBTOTAL | $ | **729.87** | $ | **275.00** |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
| a. Payroll taxes and social security | $ | **0.00** | $ | **0.00** |
| b. Insurance | $ | **0.00** | $ | **0.00** |
| c. Union dues | $ | **0.00** | $ | **0.00** |
| d. Other (Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | **0.00** | $ | **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | **729.87** | $ | **275.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | **0.00** | $ | **0.00** |
| 8. Income from real property | $ | **0.00** | $ | **0.00** |
| 9. Interest and dividends | $ | **0.00** | $ | **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | **0.00** | $ | **0.00** |
| 11. Social security or government assistance<br>(Specify):    **Social Security disability** | $ | **0.00** | $ | **1,463.00** |
| | $ | **0.00** | $ | **0.00** |
| 12. Pension or retirement income | $ | **0.00** | $ | **0.00** |
| 13. Other monthly income<br>(Specify): | $ | **0.00** | $ | **0.00** |
| | $ | **0.00** | $ | **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | **0.00** | $ | **1,463.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | **729.87** | $ | **1,738.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ | **2,467.87** | | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re **MARK K. WOLSKI**
**SANDI D. WOLSKI**
_____ Case No. _____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,294.00 |
| a. Are real estate taxes included?  Yes **X**  No ___ | | |
| b. Is property insurance included?  Yes **X**  No ___ | | |
| 2. Utilities:   a. Electricity and heating fuel | $ | 230.00 |
| b. Water and sewer | $ | 97.00 |
| c. Telephone | $ | 160.00 |
| d. Other  **See Detailed Expense Attachment** | $ | 253.66 |
| 3. Home maintenance (repairs and upkeep) | $ | 25.00 |
| 4. Food | $ | 500.00 |
| 5. Clothing | $ | 150.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 866.66 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 0.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 0.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 89.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other  **Second mortgage / home equity line of credit** | $ | 382.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  **See Detailed Expense Attachment** | $ | 135.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4,182.32 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

_____

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 2,467.87 |
| b.   Average monthly expenses from Line 18 above | $ | 4,182.32 |
| c.   Monthly net income (a. minus b.) | $ | -1,714.45 |

**B6J (Official Form 6J) (12/07)**

In re   <u>MARK K. WOLSKI
SANDI D. WOLSKI</u>               Case No. <u>              </u>

Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| Cable TV, home phone, fax & internet sertvice | $ | 240.00 |
| Refuse service | $ | 13.66 |
| **Total Other Utility Expenditures** | $ | 253.66 |

**Other Expenditures:**

| | | |
|---|---|---|
| Prescription medication | $ | 50.00 |
| Personal grooming, to wit:  hair & nails | $ | 50.00 |
| Misc. sundry items | $ | 35.00 |
| **Total Other Expenditures** | $ | 135.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
### Northern District of Illinois

In re    **MARK K. WOLSKI**
      **SANDI D. WOLSKI**
                                       Debtor(s)

Case No. _____

Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **68** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **August 31, 2011**

Signature    **/s/ MARK K. WOLSKI**
                   **MARK K. WOLSKI**
                   Debtor

Date    **August 31, 2011**

Signature    **/s/ SANDI D. WOLSKI**
                   **SANDI D. WOLSKI**
                   Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com

B7 (Official Form 7) (04/10)

# United States Bankruptcy Court
## Northern District of Illinois

In re    **MARK K. WOLSKI**
    **SANDI D. WOLSKI**
                                             Debtor(s)

Case No.

Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$9,125.00** | **2009: Husband Employment Income** |
| **$8,740.00** | **2010: Husband Employment Income** |
| **$8,038.94** | **2011 YTD: Both Employment Income** |

**2. Income other than from employment or operation of business**

None
☐

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $62.00 | 2009: Both Interest / Dividends |
| $11,704.00 | 2011 YTD: Wife SSI Benefits |
| $17,556.00 | 2010: Wife SSI Benefits |
| $17,556.00 | 2009: Wife SSI Benefits |

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

None
■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Century Tile vs. Mark K. Wolski, individually and d/b/a Sam's Carpet Case No. 2011 SC 003158** | **Debtor is a Defendant in a lawsuit claiming monies owed, plus court costs, statutory interest and attorney's fees; see Schedule F** | **Circuit Court of the Eighteenth Judicial Circuit, DuPage County, Illinois** | **Judgment entered against husband Debtor on 6/14/2011** |
| **HSBC Bank Nevada, N.A. vs. Mark Wolski Case No. 2010 SC 001084** | **Debtor is a Defendant in a lawsuit claiming monies owed, plus court costs, statutory interest and attorney's fees; see Schedule F** | **Circuit Court of the Eighteenth Judicial Circuit, DuPage County, Illinois** | **Judgment entered against husband Debtor on or about April, 2010.** |
| **HSBC Nevada, N.A., f/k/a Household Bank vs. Sandi Wolski, a/k/a Sandi M. Bier Case No. 2009 SC 009100** | **Debtor wife is a Defendant in a lawsuit claiming monies owed, plus court costs, statutory interest and attorney's fees; see Schedule F** | **Circuit Court of the Eighteenth Judicial Circuit, DuPage County, Illinois** | **Judgment entered against wife Debtor on or about January, 2010** |
| **CitiMortgage, Inc. vs. Mark K. Wolski, Sandi D. Wolski, et. al. Case No. 2011 CH 001640** | **Debtors are Defendants in a mortgage foreclosure lawsuit claiming a deficiency, if applicable, for mortgage principal, interest, fees & costs; see Schedules D & F** | **Circuit Court for the Eighteenth Judicial Circuit, DuPage County, Illinois** | **pending and unresolved** |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

4

### 5. Repossessions, foreclosures and returns

None ■ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

### 6. Assignments and receiverships

None ■ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ■ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ■ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Law Offices of Gregory D. Bruno 1807 N. Broadway Melrose Park, IL 60160** | **August 3, 2011** | **$1,500.00 has been paid to date for attorney's fees and filing costs for legal representation in Chapter 7 bankruptcy.** |

### 10.  Other transfers

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
| --- | --- | --- |

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
| --- | --- | --- |

### 11.  Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
| --- | --- | --- |

### 12.  Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
| --- | --- | --- | --- |

### 13.  Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

### 14.  Property held for another person

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15.  Prior address of debtor**

None
■

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

ADDRESS                                      NAME USED                                      DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT            NOTICE           LAW

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                               GOVERNMENTAL UNIT            NOTICE           LAW

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT                              DOCKET NUMBER                              STATUS OR DISPOSITION

7

### 18 . Nature, location and name of business

None
☐

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Rosar Builders & Consultants, Inc.** | 30-0402506 | **609 N. Vista Drive Lombard, IL 60148** | **General contracting for commercial build-out and home remodeling and repair** | **5/16/2007 - beginning of 2010** |
| **Sam's Carpet Service** | XXX-XX-8889 | **609 N. Vista Avenue Lombard, IL 60148** | **Sole proprietorship flooring installation** | **1990 - May, 2011** |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

NAME                                                    ADDRESS

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

NAME AND ADDRESS                                                    DATES SERVICES RENDERED
**G. Craig Kastle & Associates, Ltd.**                             **2009 to present**
**1 South 055 Summit Avenue**
**Oakbrook Terrace, IL 60181**

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

NAME                          ADDRESS                                    DATES SERVICES RENDERED

None
☐

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Mark K. Wolski** | **609 N. Vista Avenue**<br>**Lombard, IL 60148** |
| **Sandi D. Wolski** | **609 N. Vista Avenue**<br>**Lombard, IL 60148** |

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

**20. Inventories**

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY<br>(Specify cost, market or other basis) |
|---|---|---|
| **early 2010 & May, 2011** | **Mark D. Wolski** | **$1,000.00, consisting of misc. small hand tools and supplies (drills, saws, wrenches, ladders) used in Debtors' business of general contracting for commercial build-out and home remodeling and repair, at fair market value; $500.00, consisting of misc. small hand tools and supplies (carpet stretchers, kickers and seaming iron) used in Debtors' business of flooring installation, at fair market value** |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| **early 2010 & May, 2011** | **Mark D. Wolski**<br>**609 N. Vista Avenue**<br>**Lombard, IL 60148** |

**21 . Current Partners, Officers, Directors and Shareholders**

None ■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None
■ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■ If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PENSION FUND | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date  **August 31, 2011**              Signature  **/s/ MARK K. WOLSKI**
                                                  **MARK K. WOLSKI**
                                                  Debtor

Date  **August 31, 2011**              Signature  **/s/ SANDI D. WOLSKI**
                                                  **SANDI D. WOLSKI**
                                                  Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re **MARK K. WOLSKI**
**SANDI D. WOLSKI**
_____
Debtor(s)

Case No. _____
Chapter **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**CitiMortgage Inc** | **Describe Property Securing Debt:**<br>**Single-family, three bedroom home located at 609 N. Vista Avenue, Lombard, Illinois  60148** |

Property will be (check one):
☐ Surrendered                    ☒ Retained

If retaining the property, I intend to (check at least one):
☐ Redeem the property
☐ Reaffirm the debt
☒ Other.  Explain   **Debtors will attempt to modify loan terms**   (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
☐ Claimed as Exempt                    ☒ Not claimed as exempt

B8 (Form 8) (12/08)                                                                                          Page 2

| Property No. 2 | |
|---|---|
| **Creditor's Name:**<br>**Springleaf Financial Services** | **Describe Property Securing Debt:**<br>**Single-family, three bedroom home located at 609 N. Vista Avenue, Lombard, Illinois 60148** |

Property will be (check one):

   ☐ Surrendered                      ■ Retained

If retaining the property, I intend to (check at least one):

   ☐ Redeem the property

   ☐ Reaffirm the debt

   ■ Other.  Explain  __Debtors will attempt to modify loan terms__  (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):

   ☐ Claimed as Exempt                    ■ Not claimed as exempt

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES        ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  __August 31, 2011__        Signature  __/s/ MARK K. WOLSKI__
                                          **MARK K. WOLSKI**
                                          Debtor

Date  __August 31, 2011__        Signature  __/s/ SANDI D. WOLSKI__
                                          **SANDI D. WOLSKI**
                                          Joint Debtor

# United States Bankruptcy Court
### Northern District of Illinois

In re **MARK K. WOLSKI**
**SANDI D. WOLSKI**

Debtor(s)

Case No. _____

Chapter **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,570.00 |
| Prior to the filing of this statement I have received | $ | 1,201.00 |
| Balance Due | $ | 369.00 |

2.    $ **299.00** of the filing fee has been paid.

3.    The source of the compensation paid to me was:

■ Debtor        ☐ Other (specify):

4.    The source of compensation to be paid to me is:

■ Debtor        ☐ Other (specify):

5.    ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.    [Other provisions as needed]
      **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.**

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **August 31, 2011**

/s/ Gregory D. Bruno
**Gregory D. Bruno**
**Law Offices of Gregory D. Bruno**
**1807 N. Broadway**
**Melrose Park, IL 60160**
**(708) 343-4544   Fax: (708) 343-4670**

---

## AGREEMENT AS TO ATTORNEY'S FEES AND COSTS

## FOR LEGAL REPRESENTATION IN CHAPTER 7 BANKRUPTCY

This Agreement is made this *3RD* day of *AUGUST, 2011*, by and

between *MARK K WOLSKI* (and *SANDI D. WOLSKI* ),

hereinafter referred to as the "Client," and GREGORY D. BRUNO and the Law Offices

of GREGORY D. BRUNO, hereinafter referred to as the "Attorney," for legal services to

be rendered by the Attorney on behalf of the Client in contemplation of or in connection

with a chapter 7 bankruptcy case.

Client and Attorney agree that the minimum fee to be paid by Client to the

Attorney for such legal services shall be $ *1,500.00*, which does/does not include the

bankruptcy filing fee of $299.00, and which does/does not include a credit report fee of

$ *70.00* In this regard, Client agrees to deposit $ *1,500.00* of the minimum fee as

a retainer, prior to the preparation of a bankruptcy petition; and Client further agrees to

pay the balance of the minimum fee within *1-2 MONTHS* thereafter. (Attorney

hereby acknowledges receipt of the sum of $ *1,500.00* from Client on *8/3/11* ).

In return for the above-disclosed minimum fee, Attorney hereby agrees to render

legal services to the Client for all aspects of a chapter 7 bankruptcy, including:

(1) Analyze the amount and nature of the debts owed by the person filing
bankruptcy and determine the best remedy for the person's financial problems.

(2) Advise the person filing of the relief available under chapter 7 and the other
chapters of the Bankruptcy Code, and the advisability of proceeding under each chapter.

(3) Assist the person in obtaining the required pre-bankruptcy budget and credit
counseling briefing.

1

(4) Assemble the information and data necessary to prepare the chapter 7 bankruptcy forms for filing.

(5) Prepare the petitions, schedules, statements and other chapter 7 forms for filing with the bankruptcy court.

(6) Assist the person filing bankruptcy in arranging his or her assets so as to enable the person to retain as many of the assets as possible after the chapter 7 case is filed.

(7) Filing chapter 7 petitions, schedules, statements and other forms with the bankruptcy court, and, if necessary, notifying certain creditors of the commencement of the bankruptcy case.

(8) If necessary, assisting the person filing bankruptcy in reaffirming certain debts, redeeming personal property, setting aside mortgages or liens against exempt property, and otherwise carrying out the matters set forth in the statement of intention.

(9) Attending the meeting of creditors with the person filing bankruptcy and appearing with the person at any other hearings that may be held in the case.

(10) Assist the debtor in attending and completing the required instructional course on personal financial management.

(11) If necessary, preparing and filing amended schedules, statements, and other documents with the bankruptcy court in order to protect the rights of the person filing bankruptcy.

Client hereby acknowledges and agrees that the minimum fee stated in this Agreement may not be sufficient to pay and/or reimburse the Attorney for all of his attorney's fees and costs/expenses, and in that event, the Client agrees to promptly pay any such additional amounts as they become due and owing.

Client also acknowledges and agrees that this Agreement does NOT cover, include or provide for legal representation of Client in other legal matters, including but not limited to: bankruptcy adversary proceedings, issues as to fraudulent conveyances, asset exemptions and/or debt dischargeability, tax proceedings, judicial lien avoidances, relief from stay actions, civil litigation, and criminal investigation and/or prosecution, for which additional fees would need to be agreed upon and pre-paid by the Client in the event that legal representation becomes necessary for those types of legal matters.

Due to a recent decision by the Illinois Supreme Court (Brian Dowling vs. Chicago Options Associates, Inc., Case No. 102578, Ill, 2007), the Attorney proposes to treat all payments made by the Client to the Attorney as an "advance payment retainer" in which the Client intends to make a present payment to the Attorney in exchange for the

2

commitment to provide legal services in the future. Ownership of this retainer passes to the Attorney immediately upon payment, and shall be deposited in the general office fund account of the Attorney and not in a client trust account, and shall be withdrawn by the Attorney at his sole discretion. While the Client has the option to have such monetary payment placed into a "security retainer" and the choice of the type of retainer to be used is the Client's alone, the Supreme Court has found that the use of an "advance retainer agreement" would be appropriate when a client is facing bankruptcy, a collection action or a criminal forfeiture proceeding and therefore needs to secure and protect sufficient funds out of the reach of seizure in order to hire legal counsel, thereby being advantageous to the client   Your signature on this Agreement shall acknowledge and confirm your acceptance and approval of the use of an "advance payment retainer" by the Attorney.

**The undersigned hereby acknowledges that he or she has read and does accept the foregoing Agreement.**

Signed: _____   Dated: 8/3/11 _____

Signed: _Mark Wale__   Dated: 8/3/11 _____

Signed: _____   Dated: 8/3/11 _____

B 201A (Form 201A) (12/09)

**WARNING: Effective December 1, 2009, the 15-day deadline to file schedules and certain other documents under Bankruptcy Rule 1007(c) is shortened to 14 days. For further information, see note at bottom of page 2**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

# NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
# OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $39 administrative fee, $15 trustee surcharge: Total Fee $299)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $39 administrative fee: Total fee $274)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1000 filing fee, $39 administrative fee: Total fee $1039)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $39 administrative fee: Total fee $239)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13. The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court. The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

**Many filing deadlines change on December 1, 2009. Of special note, 12 rules that set 15 days to act are amended to require action within 14 days, including Rule 1007(c), filing the initial case papers; Rule 3015(b), filing a chapter 13 plan; Rule 8009(a), filing appellate briefs; and Rules 1019, 1020, 2015, 2015.1, 2016, 4001, 4002, 6004, and 6007.**

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re **MARK K. WOLSKI**
**SANDI D. WOLSKI**

Debtor(s)

Case No. _____

Chapter **7** _____

# CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
# UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**MARK K. WOLSKI**
**SANDI D. WOLSKI**

Printed Name(s) of Debtor(s)

Case No. (if known) _____

X  **/s/ MARK K. WOLSKI**          **August 31, 2011**

Signature of Debtor          Date

X  **/s/ SANDI D. WOLSKI**          **August 31, 2011**

Signature of Joint Debtor (if any)          Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **MARK K. WOLSKI**
**SANDI D. WOLSKI**

Debtor(s)

Case No.
Chapter    **7**

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                                        **263**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    **August 31, 2011**           **/s/ MARK K. WOLSKI**
                                        **MARK K. WOLSKI**
                                        Signature of Debtor

Date:    **August 31, 2011**           **/s/ SANDI D. WOLSKI**
                                        **SANDI D. WOLSKI**
                                        Signature of Debtor

```
abc distributing
PO Box 702
Deerfield, IL 60015


abc distributing
PO Box 702
Deerfield, IL 60015


abc distributing
PO Box 740
Deerfield, IL 60015


abc distributing
PO Box 740
Deerfield, IL 60015


Advanta Bank Corp
PO Box 844
Spring House, PA 19477


Amc Mortgage Services
2077 N Main St Ste 1050
Santa Ana, CA 92706


American General Fin. Svcs, of Ill.
c/o CT Corporation System
208 S. LaSalle Street, 17th Floor
Chicago, IL 60604


American General Financial Services
American General Finance, Inc.
1409 W. Lake Street
Addison, IL 60101


American General Financial Services
c/o Legal Office
20 N. Clark Street, Ste. 2600
Chicago, IL 60602


Asset Management Out
401 Pilot Ct., Ste A
Waukesha, WI 53188
```

```
Associated Pathology Consultants SC
801 S. Washington Street
Naperville, IL 60540


Associated Pathology Consultants SC
801 S. Washington Street
Naperville, IL 60540


Associates in Digestive Diseases
1200 S. York Road
Elmhurst, IL 60126


Associates in Digestive Diseases
1200 S. York Road
Elmhurst, IL 60126


B & T Financial Services
PO Box 1314
Germantown, MD 20875


B & T Financial Services
211 Perry Parkway, Ste. 6
Gaithersburg, MD 20877


B & T Financial Services
PO Box 1314
Germantown, MD 20875


B & T Financial Services
211 Perry Parkway, Ste. 6
Gaithersburg, MD 20877


Barclays Bank Delaware
125 S West Street
Wilmington, DE 19801


Blatt, Hasenmiller, Leibsker & Moor
125 S. Wacker Drive, Ste.400
Chicago, IL 60606


Caine & Weiner
21210 Erwin Street
Woodland Hills, CA 91367
```

Caine & Weiner
21210 Erwin Street
Woodland Hills, CA 91367


Capital One
Capital One Bank (USA), N.A.
P.O. Box 85520
Richmond, VA 23285


Capital One
Capital One Bank (USA), N.A.
P.O. Box 85520
Richmond, VA 23285


Capital One
Capital One Bank (USA), N.A.
P.O. Box 85520
Richmond, VA 23285


CBA Collection Bureau
25954 Eden Landing Road
Hayward, CA 94545


Century Tile
747 E. Roosevelt Road
Lombard, IL 60148


Century Tile
747 E. Roosevelt Road
Lombard, IL 60148


Chase / Chase Bank USA, N.A.
P.O. Box 15298
Wilmington, DE 19850


Chase / Chase Bank USA, N.A.
Cardmember Service
P.O. Box 15153
Wilmington, DE 19886


Cit / Fhut
6250 Ridgewood Road
St Cloud, MN 56303

Citibank (South Dakota), N.A.
PO Box 6497
Sioux Falls, SD 57117


Citibank (South Dakota), N.A.
c/o Home Depot Credit Services
Processing Center
Des Moines, IA 50364


Citifinancial Mortgage
Po Box 9438
Gaithersburg, MD 20898


Citifinancial Mortgage
Po Box 9438
Gaithersburg, MD 20898


CitiMortgage Inc
PO Box 9438
Gaithersburg, MD 20898


CitiMortgage Inc
PO Box 9438
Gaithersburg, MD 20898


Computer Credit, Inc.
640 West Fourth Street
P.O. Box 5238
Winston Salem, NC 27113


Computer Credit, Inc.
640 West Fourth Street
P.O. Box 5238
Winston Salem, NC 27113


Computer Credit, Inc.
640 West Fourth Street
P.O. Box 5238
Winston Salem, NC 27113


Computer Credit, Inc.
640 West Fourth Street
P.O. Box 5238
Winston Salem, NC 27113

```
Computer Credit, Inc.
640 West Fourth Street
P.O. Box 5238
Winston Salem, NC 27113


Computer Credit, Inc.
640 West Fourth Street
P.O. Box 5238
Winston Salem, NC 27113


Computer Credit, Inc.
640 West Fourth Street
P.O. Box 5238
Winston Salem, NC 27113


Computer Credit, Inc.
640 West Fourth Street
P.O. Box 5238
Winston Salem, NC 27113


Computer Credit, Inc.
640 West Fourth Street
P.O. Box 5238
Winston Salem, NC 27113


Computer Credit, Inc.
640 West Fourth Street
P.O. Box 5238
Winston Salem, NC 27113


Computer Credit, Inc.
640 West Fourth Street
P.O. Box 5238
Winston Salem, NC 27113


Computer Credit, Inc.
640 West Fourth Street
P.O. Box 5238
Winston Salem, NC 27113


Computer Credit, Inc.
640 West Fourth Street
P.O. Box 5238
Winston Salem, NC 27113
```

```
Computer Credit, Inc.
640 West Fourth Street
P.O. Box 5238
Winston Salem, NC 27113


Computer Credit, Inc.
640 West Fourth Street
P.O. Box 5238
Winston Salem, NC 27113


Computer Credit, Inc.
640 West Fourth Street
P.O. Box 5238
Winston Salem, NC 27113


Computer Credit, Inc.
640 West Fourth Street
P.O. Box 5238
Winston Salem, NC 27113


Country Financial
c/o Afni, Inc.
P.O. Box 3517
Bloomington, IL 61702


Creditors Collection Bureau
755 Almar Parkway
Bourbonnais, IL 60914


Creditors Collection Bureau
755 Almar Parkway
Bourbonnais, IL 60914


Creditwatch
PO Box 156269
Fort Worth, TX 76155


Creditwatch
PO Box 156269
Fort Worth, TX 76155


Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999
```

```
Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999


Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999


Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999


Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999


Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999


Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999


Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999


Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999


Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999


Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999


Department of the Treasury
Internal Revenue Service
Cincinnati, OH 45999
```

Doubleday Book Club
Customer Service
PO Box 6400
Camp Hill, PA 17012


DS Waters of America
c/o CBA Collection Bureau
25954 Eden Landing Road
Hayward, CA 94545


E.J. Welch Company, Inc.
700 Morse Avenue
Elk Grove Village, IL 60007


Elmhurst Anesthesiologists
c/o Medical Business Bureau
1460 Renaissance Drive
Park Ridge, IL 60068


Elmhurst Clinic
Elmhurst Memorial Healthcare
Dept 4585
Carol Stream, IL 60122


Elmhurst Clinic
Elmhurst Memorial Healthcare
Dept 4585
Carol Stream, IL 60122


Elmhurst Clinic
Elmhurst Memorial Healthcare
Dept 4585
Carol Stream, IL 60122


Elmhurst Emergency Med. Svcs.
1165 Paysphere Circle
Chicago, IL 60674


Elmhurst Emergency Med. Svcs.
1165 Paysphere Circle
Chicago, IL 60674


Elmhurst Memorial Healthcare
Elmhurst Memorial Hospital
P.O. Box 4052
Carol Stream, IL 60197

```
Elmhurst Memorial Healthcare
Elmhurst Memorial Hospital
P.O. Box 4052
Carol Stream, IL 60197


Elmhurst Memorial Healthcare
Elmhurst Memorial Hospital
P.O. Box 4052
Carol Stream, IL 60197


Elmhurst Memorial Healthcare
Elmhurst Memorial Hospital
P.O. Box 4052
Carol Stream, IL 60197


Elmhurst Memorial Healthcare
Elmhurst Memorial Hospital
P.O. Box 4052
Carol Stream, IL 60197


Elmhurst Memorial Healthcare
PO Box 92348
Chicago, IL 60675


Elmhurst Memorial Healthcare
PO Box 92348
Chicago, IL 60675


Elmhurst Memorial Hospital
Elmhurst Memorial Healthcare
75 Remittance Drive, Ste. 6383
Chicago, IL 60675-6383


Elmhurst Memorial Hospital
Elmhurst Memorial Healthcare
75 Remittance Drive, Ste. 6383
Chicago, IL 60675-6383


Elmhurst Memorial Hospital
Elmhurst Memorial Healthcare
75 Remittance Drive, Ste. 6383
Chicago, IL 60675-6383
```

Elmhurst Memorial Hospital
Elmhurst Memorial Healthcare
75 Remittance Drive, Ste. 6383
Chicago, IL 60675-6383


Elmhurst Memorial Hospital
Elmhurst Memorial Healthcare
75 Remittance Drive, Ste. 6383
Chicago, IL 60675-6383


Elmhurst Memorial Hospital
Elmhurst Memorial Healthcare
75 Remittance Drive, Ste. 6383
Chicago, IL 60675-6383


Elmhurst Memorial Hospital
Elmhurst Memorial Healthcare
75 Remittance Drive, Ste. 6383
Chicago, IL 60675-6383


Elmhurst Memorial Hospital
Elmhurst Memorial Healthcare
75 Remittance Drive, Ste. 6383
Chicago, IL 60675-6383


Elmhurst Radiologists, S.C.
200 N. Berteau Avenue
Elmhurst, IL 60126


Elmhurst Radiologists, S.C.
PO Box 1035
Bedford Park, IL 60499


Elmhurst Radiologists, S.C.
PO Box 1035
Bedford Park, IL 60499


Elmhurst Radiologists, S.C.
PO Box 1035
Bedford Park, IL 60499


Elmhurst Radiologists, S.C.
PO Box 1035
Bedford Park, IL 60499

Fingerhut / Metbk


First Premier Bank
601 S Minnesota Avenue
Sioux Falls, SD 57104


First Premier Bank
601 S Minnesota Ave
Sioux Falls, SD 57104


Freedman Anselmo Lindberg & Rappe
1807 W. Diehl Road, Ste. 333
P.O. Box 3228
Naperville, IL 60566


Freedman Anselmo Lindberg & Rappe
1807 W. Diehl Road, Ste. 333
P.O. Box 3228
Naperville, IL 60566


GE Money Bank / Lenscrafters
PO Box 981439
El Paso, TX 79998


GE Money Bank / Lenscrafters
PO Box 981439
El Paso, TX 79998


Harris N.A.
c/o Jay K. Levy & Associates
155 Revere Drive, Ste. 2
Northbrook, IL 60062


Hauselman, Rappin & Olswang, Ltd.
39 S. LaSalle Street
Chicago, IL 60603


Home Depot
c/o Northland Group Inc.
7831 Glenroy Road, Ste. 250
Edina, MN 55439

Home Depot Credit Services
PO Box 689100
Des Moines, IA 50368


Homeq Servicing
Po Box 13716
Sacramento, CA 95853


HSBC Bank
PO Box 5253
Carol Stream, IL 60197


HSBC Bank Nevada, N.A.
1111 Town Center Drive
Las Vegas, NV 89144


HSBC Card Services
PO Box 17051
Baltimore, MD 21297


HSBC Card Services, Inc.
HSBC Bank
P.O. Box 5253
Carol Stream, IL 60197


HSBC Nevada, N.A.
f/k/a Household Bank
1111 Town Center Drive
Las Vegas, NV 89144


Idearc Media LLC  / Supermedia LLC
PO Box 619009
DFW Airport, TX 75261


Juniper / Barclay
MasterCard Card Services
PO Box 13337
Philadelphia, PA 19101


K & S Automatic Sprinklers, Inc.
2619 Congress Street
Bellwood, IL 60104

Lenscrafters
c/o GE Money Bank
PO Box 960061
Orlando, FL 32896


Loyola University Medical Center
2160 S. First Avenue
Maywood, IL 60153


Loyola University Medical Center
2160 S. First Avenue
Maywood, IL 60153


Loyola University Medical Center
2160 S. First Avenue
Maywood, IL 60153


Loyola University Medical Center
P.O. Box 6559
Carol Stream, IL 60197


LTD Commodities LLC
abc distributing
PO Box 702
Deerfield, IL 60015


LTD Commodities LLC
abc distributing
PO Box 702
Deerfield, IL 60015


LTD Commodities LLC
abc distributing
PO Box 740
Deerfield, IL 60015


LTD Commodities LLC
abc distributing
PO Box 740
Deerfield, IL 60015


MB Financial Bank
6111 N River Rd
Rosemont, IL 60018

McCarthy, Burgess & Wolfe
26000 Cannon Road
Cleveland, OH 44146


Medical Business Bureau
1460 Renaissance Drive
Park Ridge, IL 60068


Merchant Services
PO Box 5009
Hagerstown, MD 21741


Merchant Services
PO Box 5009
Hagerstown, MD 21741


Merchants' Credit Guide Company
223 W. Jackson Blvd., #400
Chicago, IL 60606


Midland Credit Mgmt.
8875 Aero Drive
San Diego, CA 92123


Midland Funding LLC
Midland Credit Management, Inc.
P.O. Box 60578
Los Angeles, CA 90060


Midwest Digestive Disease Specialis
360 W. Butterfield Rd., Ste. 280
Elmhurst, IL 60126


Midwest Digestive Disease Specialis
360 W. Butterfield Rd., Ste. 280
Elmhurst, IL 60126


Midwest Digestive Disease Specialis
360 W. Butterfield Rd., Ste. 280
Elmhurst, IL 60126


MiraMed Revenue Group
991 Oak Creek Drive
Lombard, IL 60148

MiraMed Revenue Group
991 Oak Creek Drive
Lombard, IL 60148


MiraMed Revenue Group
991 Oak Creek Drive
Lombard, IL 60148


MiraMed Revenue Group
991 Oak Creek Drive
Lombard, IL 60148


MiraMed Revenue Group
991 Oak Creek Drive
Lombard, IL 60148


MiraMed Revenue Group
991 Oak Creek Drive
Lombard, IL 60148


MiraMed Revenue Group
991 Oak Creek Drive
Lombard, IL 60148


MiraMed Revenue Group
991 Oak Creek Drive
Lombard, IL 60148


MiraMed Revenue Group
991 Oak Creek Drive
Lombard, IL 60148


MiraMed Revenue Group
991 Oak Creek Drive
Lombard, IL 60148


MiraMed Revenue Group
991 Oak Creek Drive
Lombard, IL 60148


MiraMed Revenue Group
991 Oak Creek Drive
Lombard, IL 60148

MiraMed Revenue Group
991 Oak Creek Drive
Lombard, IL 60148


MiraMed Revenue Group
991 Oak Creek Drive
Lombard, IL 60148


MiraMed Revenue Group
991 Oak Creek Drive
Lombard, IL 60148


MiraMed Revenue Group
991 Oak Creek Drive
Lombard, IL 60148


MiraMed Revenue Group
991 Oak Creek Drive
Lombard, IL 60148


MiraMed Revenue Group
991 Oak Creek Drive
Lombard, IL 60148


MiraMed Revenue Group
991 Oak Creek Drive
Lombard, IL 60148


MiraMed Revenue Group
991 Oak Creek Drive
Lombard, IL 60148


MiraMed Revenue Group
991 Oak Creek Drive
Lombard, IL 60148


MiraMed Revenue Group
991 Oak Creek Drive
Lombard, IL 60148


MiraMed Revenue Group
991 Oak Creek Drive
Lombard, IL 60148

```
MiraMed Revenue Group
991 Oak Creek Drive
Lombard, IL 60148


MiraMed Revenue Group
991 Oak Creek Drive
Lombard, IL 60148


MiraMed Revenue Group
991 Oak Creek Drive
Lombard, IL 60148


MiraMed Revenue Group
991 Oak Creek Drive
Lombard, IL 60148


Multiple Streams of Income, Inc.
5072 North 300 West
Provo, UT 84604


Multiple Streams of Income, Inc.
5072 North 300 West
Provo, UT 84604


NCI
Northwest Collectors Inc.
3601 Algonquin Road, Ste. 232
Rolling Meadows, IL 60008


NCI
Northwest Collectors Inc.
3601 Algonquin Road, Ste. 232
Rolling Meadows, IL 60008


NCI
Northwest Collectors Inc.
3601 Algonquin Road, Ste. 232
Rolling Meadows, IL 60008


NCI
Northwest Collectors Inc.
3601 Algonquin Road, Ste. 232
Rolling Meadows, IL 60008
```

```
NCI
Northwest Collectors Inc.
3601 Algonquin Road, Ste. 232
Rolling Meadows, IL 60008


NCI
Northwest Collectors Inc.
3601 Algonquin Road, Ste. 232
Rolling Meadows, IL 60008


NCI
Northwest Collectors Inc.
3601 Algonquin Road, Ste. 232
Rolling Meadows, IL 60008


NCI
Northwest Collectors Inc.
3601 Algonquin Road, Ste. 232
Rolling Meadows, IL 60008


NCI
Northwest Collectors Inc.
3601 Algonquin Road, Ste. 232
Rolling Meadows, IL 60008


Nigro, Westfall & Gryska
1793 Bloomingdale Road
Glendale Heights, IL 60139


Norman & Associates
1360 Union Hill Road
Bldg. 12
Alpharetta, GA 30004


Northland Group Inc.
P.O. Box 390846
Minneapolis, MN 55439


Northland Group Inc.
P.O. Box 390846
Minneapolis, MN 55439


Northwest Collectors Inc.
3601 Algonquin Rd., Ste. 232
Rolling Meadows, IL 60008
```

```
Orchard Bank
c/o HSBC Card Services
PO Box 17051
Baltimore, MD 21297


Palisades Collection, L.L.C.
PO Box 1244
Englewood Cliffs, NJ 07632


Palisades Collection, L.L.C.
PO Box 1244
Englewood Cliffs, NJ 07632


Palisades Collection, L.L.C.
PO Box 1244
Englewood Cliffs, NJ 07632


Palisades Collection, L.L.C.
PO Box 1244
Englewood Cliffs, NJ 07632


Palisades Collection, LLC
210 Sylvan Avenue
Englewood, NJ 07632


Patrick J. Fitzgerald
Office of U.S. Attorney
219 S. Dearborn Street, 5th Floor
Chicago, IL 60604


Patrick J. Fitzgerald
Office of U.S. Attorney
219 S. Dearborn Street, 5th Floor
Chicago, IL 60604


Patrick J. Fitzgerald
Office of U.S. Attorney
219 S. Dearborn Street, 5th Floor
Chicago, IL 60604


Patrick J. Fitzgerald
Office of U.S. Attorney
219 S. Dearborn Street, 5th Floor
Chicago, IL 60604
```

Patrick J. Fitzgerald
Office of U.S. Attorney
219 S. Dearborn Street, 5th Floor
Chicago, IL 60604


Patrick J. Fitzgerald
Office of U.S. Attorney
219 S. Dearborn Street, 5th Floor
Chicago, IL 60604


Patrick J. Fitzgerald
Office of U.S. Attorney
219 S. Dearborn Street, 5th Floor
Chicago, IL 60604


Patrick J. Fitzgerald
Office of U.S. Attorney
219 S. Dearborn Street, 5th Floor
Chicago, IL 60604


Patrick J. Fitzgerald
Office of U.S. Attorney
219 S. Dearborn Street, 5th Floor
Chicago, IL 60604


Patrick J. Fitzgerald
Office of U.S. Attorney
219 S. Dearborn Street, 5th Floor
Chicago, IL 60604


Patrick J. Fitzgerald
Office of U.S. Attorney
219 S. Dearborn Street, 5th Floor
Chicago, IL 60604


PCS Stamps & Coins
47 Richards Avenue
Norwalk, CT 06857


PCS Stamps & Coins
47 Richards Avenue
Norwalk, CT 06857


Pinnacle Credit Services, LLC
7900 Highway 7, #100
Saint Louis Park, MN 55426

```
Pitney Bowes, Inc.
c/o Purchase Power
PO Box 856042
Louisville, KY 40285


Pitney Bowes, Inc.
c/o Caine & Weiner
21210 Erwin Street
Woodland Hills, CA 91367


Premier Bankcard, LLC
c/o Academy Collection Service, Inc
P.O. Box 21089
Philadelphia, PA 19114


Purchase Power
PO Box 856042
Louisville, KY 40285


R-P-W OB/GYN. S.C.
360 W. Butterfield Road, #250
Elmhurst, IL 60126


R-P-W OB/GYN. S.C.
360 W. Butterfield Road, #250
Elmhurst, IL 60126


Robert G. Allen
Multiple Streams of Income, Inc.
5072 North 300 West
Provo, UT 84604


Robert G. Allen
Multiple Streams of Income, Inc.
5072 North 300 West
Provo, UT 84604


Rosar Builders & Consultants, Inc.
609 N. Vista Avenue
Lombard, IL 60148


Rosar Builders & Consultants, Inc.
609 N. Vista Avenue
Lombard, IL 60148
```

Rosar Builders & Consultants, Inc.
609 N. Vista Avenue
Lombard, IL 60148


Rosar Builders & Consultants, Inc.
609 N. Vista Avenue
Lombard, IL 60148


Rosar Builders & Consultants, Inc.
609 N. Vista Avenue
Lombard, IL 60148


Sam's Carpet Service
609 N. Vista
Lombard, IL 60148


Sam's Carpet Service
609 N. Vista Avenue
Lombard, IL 60148


Sam's Carpet Service
609 N. Vista Avenue
Lombard, IL 60148


Sam's Carpet Service
609 N. Vista Avenue
Lombard, IL 60148


Sam's Carpet Service
609 N. Vista Avenue
Lombard, IL 60148


Sam's Carpet Service
609 N. Vista Avenue
Lombard, IL 60148


Sam's Carpet Service
609 N. Vista Avenue
Lombard, IL 60148


Sam's Carpet Service
609 N. Vista Avenue
Lombard, IL 60148

```
Sam's Carpet Service
609 N. Vista Avenue
Lombard, IL 60148


Sherwin - Williams
Accounts Receivable Dept.
561 Roosevelt Road, Ste. J
Glen Ellyn, IL 60137


Springleaf Financial Services
Springleaf Finance, Inc.
3632 W. 95th Street
Evergreen Park, IL 60805


Springleaf Financial Services
1409 W Lake St
Addison, IL 60101


Springleaf Financial Services
1409 W Lake St
Addison, IL 60101


Springleaf Financial Services
1409 W Lake St
Addison, IL 60101


Springleaf Financial Services
1409 W Lake St
Addison, IL 60101


Springleaf Financial Services
Springleaf Finance, Inc.
3632 W. 95th Street
Evergreen Park, IL 60805


Su, Jeng N., MD, SC
130 S. Main, Ste. 303
Lombard, IL 60148


Suntrust Mortgage/Cc 5
1001 Semmes Ave
Richmond, VA 23224
```

SuperMedia LLC
PO Box 619009
DFW Airport, TX 75261


Swiss Colony, Inc.
1112 7th Avenue
Monroe, WI 53566


Target
Target National Bank
P.O. Box 59317
Minneapolis, MN 55459


The Blue Book of Building and
Construction Network
PO Box 500, 800 E. Main Street
Jefferson Valley, NY 10535


U.S. Cellular - M06
c/o AMO Recoveries
PO Box 926100
Norcross, GA 30010


Valentine & Kebartas
360 Merrimack Street
Lawrence, MA 01843


Valentine & Kebartas
360 Merrimack Street
Lawrence, MA 01843


Valentine & Kebartas
360 Merrimack Street
Lawrence, MA 01843


Van Ru Credit Corp.
1350 E. Touhy Avenue, Ste. 100E
Des Plaines, IL 60018


Van Ru Credit Corp.
1350 E. Touhy Avenue, Ste. 100E
Des Plaines, IL 60018

Van Ru Credit Corp.
1350 E. Touhy Avenue, Ste. 100E
Des Plaines, IL 60018

Van Ru Credit Corp.
1350 E. Touhy Avenue, Ste. 100E
Des Plaines, IL 60018

Van Ru Credit Corp.
1350 E. Touhy Avenue, Ste. 100E
Des Plaines, IL 60018

Van Ru Credit Corp.
1350 E. Touhy Avenue, Ste. 100E
Des Plaines, IL 60018

Van Ru Credit Corp.
1350 E. Touhy Avenue, Ste. 100E
Des Plaines, IL 60018

Van Ru Credit Corp.
1350 E. Touhy Avenue, Ste. 100E
Des Plaines, IL 60018

Van Ru Credit Corp.
1350 E. Touhy Avenue, Ste. 100E
Des Plaines, IL 60018

Van Ru Credit Corp.
1350 E. Touhy Avenue, Ste. 100E
Des Plaines, IL 60018

Van Ru Credit Corp.
1350 E. Touhy Avenue, Ste. 100E
Des Plaines, IL 60018

Van Ru Credit Corp.
1350 E. Touhy Avenue, Ste. 100E
Des Plaines, IL 60018

Van Ru Credit Corp.
1350 E. Touhy Avenue, Ste. 100E
Des Plaines, IL 60018

Van Ru Credit Corp.
1350 E. Touhy Avenue, Ste. 100E
Des Plaines, IL 60018


Washington Mutual
c/o Palisades Collection, L.L.C.
PO Box 1244
Englewood Cliffs, NJ 07632


Washington Mutual Bank / WAMU
Washington Mutual Card Services
PO Box 660487
Dallas, TX 75266


Webbank / Dfs
1 Dell Way
Round Rock, TX 78682


Webbank / Dfs
1 Dell Way
Round Rock, TX 78682


Zwicker & Associates, P.C.
80 Minuteman Road
Andover, MA 01810


Zwicker & Associates, P.C.
80 Minuteman Road
Andover, MA 01810


Zwicker & Associates, P.C.
80 Minuteman Road
Andover, MA 01810